3

IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 6 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED § § § § § VS. § § CERTUS HEALTHCARE, L.L.C.; § NOVOPHARM LIMITED; DAVID § RODRIGUEZ; DR. ASHOK K. § GUMBHIR AND NOVOPHARM § HOLDINGS, INC. § | CIVIL ACTION NO. B-00-053 |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JEFFREY D. ROERIG, of the Law Offices of ROERIG, OLIVEIRA & FISHER, L.L.P., and hereby enters his appearance as counsel for Defendants, CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ and DR. ASHOK K. GUMBHIR in this case.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 26
Brownsville, Texas   78520
Telephone:  (210) 542-5666
Telecopier: (210) 542-0016

By _____
Jeffrey D. Roerig
State Bar No. 17161700
Federal I.D. No. 1503

ATTORNEYS FOR DEFENDANTS

rom\motions\21842.notapp

Notice of Appearance of Counsel - Page 1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice has been mailed certified mail, return receipt requested, to the Attorneys of Record, as follows:

Mr. Michael R. Cowen
Zavaletta & Cowen
603 East St. Charles Street
BROWNSVILLE, TX   78520

Mr. John Ventura
Mr. Anthony Carrabba
LAW OFFICES OF JOHN VENTURE, P.C.
7 North Park Plaza
BROWNSVILLE, TX   78521

Mr. Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
P. O. Box 2155
BROWNSVILLE, TX   78522

on this 6th day of April, 2000.

_____
JEFFREY D. ROERIG