IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND § <br> ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED § <br> § <br> VS. § <br> § <br> CERTUS HEALTHCARE, L.L.C. § <br> NOVOPHARM LIMITED, DAVID § <br> RODRIGUEZ, DR. ASHOK K. GUMBHIR § <br> NOVOPHARMHOLDINGS, INC. § | C.A. NO. B-00-53 |

## DEFENDANTS' 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, **CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ and DR. ASHOK K. GUMBHIR**, Defendants in the above entitled and numbered cause and files this Motion to Dismiss Plaintiffs' suit for improper venue as authorized by the Federal Rules of Civil Procedure 12(b)(3) and alternative Motion to Transfer Venue.

### I.

The named Plaintiff is Joel Flores. He is making a claim individually and "on behalf of other similarly situated" as a purported class action brought on behalf of Certus members who allegedly purchased HMO membership but did not receive benefits under their plan. Plaintiff's Original Petition sets out two classes of Plaintiffs: 1) ERISA PLAN SUBCLASS and 2) NON-ERISA PLAN SUBCLASS. The Plaintiffs seek to recover damages allegedly sustained by both of these two subclasses by the Defendants' alleged failure to pay for benefits under certain HMO plan. Defendar

Page -1-

are Certus Healthcare, L.L.C., Novopharm Limited, David Rodriguez, Dr. Ashok K. Gumbhir and Novopharm Holdings, Inc.

## II.

On March 1, 2000, Plaintiff sued these Defendants alleging causes of action for Civil RICO, breach of contract, violation of the Texas Deceptive Trade Practices Act, violations of Article 21.21 and bad faith, fraud, negligence and grossly negligent misrepresentation. This action was removed by Defendant Noovopharm Holdings, Inc. on the grounds on their claim that this Court has original subject matter jurisdiction under the provisions of 29 U.S.C. Section 1132(e)(1).

## III.

Defendants object to venue in the District Court for the Southern District of Texas, Brownsville Division on the grounds that the Southern District of Texas, Brownsville Division is not a proper county for venue, there is no basis that exists mandating or permitting venue in the Brownsville Division. Defendants request that the Court dismiss this suit pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure or, in the alternative, transfer the suit to the District Court for the Southern District of Texas, San Antonio Division.

## IV.

This is a purported class action brought by Joel Flores, individually and on behalf of all other similarly situated, in essence, all Certus members who allegedly purchased HMO membership and claimed to have not received benefits under their plan. The Plaintiff sets out two subclasses of Plaintiffs within the alleged class. The only named Plaintiff is Joel Flores. Plaintiff Joel

Flores claims to be an individual residing in Cameron County, Texas. The names and addresses of the purported remaining class members are unknown but conceivably could consist of individuals throughout the State of Texas and the county.

V.

Defendant Certus Healthcare, L.L.C. is a Texas limited company with its principal place of business in Bexar County, Texas. Defendant David Rodriguez resides in Florida. Defendant Dr. Ashok K. Gumbhir resides in Missouri. Defendant Novopharm Limited is a Canadian company doing business in Texas. Defendant Novopharm Holdings, Inc. is a Delaware corporation.

VI.

This case was removed to federal court under the provisions of 29 U.S.C. Section 1132(e)(1), Section 1132(a)(2), this action may be brought 1) where the plan was administered; 2) where the breach took place; or 3) where a Defendant resides or may be found. Defendant Certus Heallthcare, L.L.C. resides in Bexar County, Texas, within the Southern District of Texas, San Antonio Division.

Defendants request that this cause of action be dismissed for improper venue under Federal Rule of Civil Procedure 12(b)(3), or be transferred to the Southern District of Texas, San Antonio Division, which is this Defendants principal place of business and where a substantial part of the events giving rise to this claim occurred.

WHEREFORE, PREMISES CONSIDERED, Defendants request that this matter be set for a hearing and upon completion of the hearing, the Court grant the Defendant's Motion to Dismiss for improper venue under Federal Rules of Civil Procedure 12(b)(3) or, in the alternative, transfer this case to the Southern District of Texas, San Antonio Division, because it is a proper division for venue, and the Southern District of Texas, Brownsville Division, is not a proper county for venue of

this case and for such other and further relief to which these Defendants may be justly entitled to receive.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
JEFFREY D. ROERIG
State Bar # 17161700
Federal I.D. No. 1503
ATTORNEY FOR DEFENDANTS
CERTUS HEALTHCARE, L.L.C.,
DAVID RODRIGUEZ AND
DR. ASHOK K. GUMBHIR

## CERTIFICATE OF CONSULTATION

I, Jeffrey Roerig, certify that Counsel for Plaintiffs was contacted by correspondence sent by facsimile on the __17th__ day of April, 2000 with regarding to the merits of the above motion. Counsel for Plaintiffs was contacted by telephone on April 18, 2000 and is opposed to the granting of this motion.

_____
JEFFREY D. ROERIG

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been sent in accordance with the Federal Rules of Civil Procedure, to-wit:

Michael Cowen
**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520

John Ventura
**LAW OFFICE OF JOHN VENTURA, P.C.**
7 North Park Plaza
Brownsville, Texas 78521

Norton A. Colvin, Jr.
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520

on this __18th__ day of __April__, 2000.

_____
**JEFFREY D. ROERIG**
Attorney at Law

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARMHOLDINGS, INC. | § § § § | |

## ORDER SETTING HEARING ON DEFENDANTS' 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER VENUE

The foregoing Defendants' 12(b)(3) Motion to Dismiss for Improper Venue and Alternative Motion to Transfer Venue having been presented to me the same is hereby set for hearing on the _____ day of _____, 2000, at _____ o'clock \_\_\_\_\_.m. before the U.S. Magistrate Judge John William Black, 600 E. Harrison, Brownsville, Texas.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com