

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

**APR 2 4 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARMHOLDINGS, INC. | § § § § | |

## ORIGINAL ANSWER OF DEFENDANTS CERTUS HEALTHCARE, L.L.C. DAVID RODRIGUEZ AND DR. ASHOK K. GUMBHIR SUBJECT TO MOTION TO DISMISS FOR IMPROPER VENUE AND MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendants **CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR** and file this their Original Answer to Plaintiff's Original Complaint.

**I.**

Defendants deny the allegations contained in Paragraph I.

**II.**

Defendants admit that Defendant Certus Healthcare, L.L.C. is a Texas limited liability company with its principal place of business in Bexar County, Texas. Defendants admit that Defendant David Rodriguez is an individual residing in Florida. Defendants admit that Defendant Dr. Ashok K. Gumbhir is an individual residing in Missouri. Defendants deny the remaining allegations contained in Paragraph II.

Page -1-

## III.

Defendants deny the allegations contained in Paragraph III.

## IV.

Defendants deny the allegations contained in Paragraph IV.

## V.

Defendants admit that Defendant Cetrus Healthcare, L.L.C. is an HMO. Defendants deny the remainder of the allegations contained in Paragraph V.

## VI.

The Defendants deny all of the allegations contained in Paragraph VI (FIRST CAUSE OF ACTION).

## VII.

Defendants deny all of the allegations contained in Paragraph VI (SECOND CAUSE OF ACTION).

## VIII.

Defendants deny all of the allegations contained in Paragraph VII.

## IX.

Defendants deny all of the allegations contained in Paragraph VIII.

## X.

Defendants deny all of the allegations contained in Paragraph IX.

## XI.

Defendants deny all of the allegations contained in Paragraph X.

## XII.

Defendants deny all of the allegations contained in Paragraph XI.

## XIII.

Defendants deny all of the allegations contained in Paragraph XII.

## CONCLUSION

For these reasons, Defendants request the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiffs' suit with prejudice, assess costs against the Plaintiffs and award Defendants all other relief to which they may be justly entitled to receive.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
JEFFREY D. ROERIG
State Bar # 17161700
Federal I.D. No. 1503
ATTORNEY FOR DEFENDANTS
CERTUS HEALTHCARE, L.L.C.,
DAVID RODRIGUEZ AND
DR. ASHOK K. GUMBHIR

Page -3-

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been sent in accordance with the Federal Rules of Civil Procedure, to-wit:

Michael Cowen
**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520

John Ventura
**LAW OFFICE OF JOHN VENTURA, P.C.**
7 North Park Plaza
Brownsville, Texas 78521

Norton A. Colvin, Jr.
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520

on this __24th__ day of __April__, 2000.

_____
**JEFFREY D. ROERIG**
Attorney at Law