IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 2 5 2000

Clerk of Court

| | | |
|---|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated | * * * | |
| VS. | * * | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C.; NOVOPHARM LIMITED; DAVID RODRIGUEZ; DR. ASHOK K. GUMBHIR; and NOVOPHARM HOLDINGS, INC. | * * * * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW NOVOPHARM HOLDINGS, INC., Defendant herein, and files this Certificate of Financially Interested Persons and states that, at this time, in addition to the parties named in this lawsuit, the following persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities may be financially interested in the outcome of this litigation:

Teva Pharmaceutical Industries, Inc.
Certus Health Management, Inc.
Wellcare of Texas, Inc.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

*CERTIFICATE OF FINANCIALLY INTERESTED PERSONS*                    *PAGE 1*

OF COUNSEL:
John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12085
Raleigh, North Carolina 27605
(919) 782-9322
(919) 782-8113 - Fax

ATTORNEYS FOR DEFENDANT,
NOVOPHARM HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Novopharm Holdings, Inc.'s Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

Michael R. Cowen
Zavaletta & Cowen
603 East St. Charles Street
Brownsville, Texas 78520
Attorneys for Plaintiff

John Ventura
Anthony Carrabba
Law Offices of John Ventura, P.C.
7 North Park Plaza
Brownsville, Texas 78521
Attorneys for Plaintiff

Jeffrey D. Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Attorneys for Defendants Certus Healthcare, L.L.C., David Rodriguez, and Dr. Ashok K. Gumbhir

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 25th day of April, 2000.

_____
Norton A. Colvin, Jr.