

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**APR 2 7 2000**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND | § |
| ON BEHALF OF ALL OTHERS | § |
| SIMILARLY SITUATED | § |
| | § |
| VS. | § |
| | § |
| CERTUS HEALTHCARE, L.L.C. | § |
| NOVOPHARM LIMITED, DAVID | § |
| RODRIGUEZ, DR. ASHOK K. GUMBHIR | § |
| NOVOPHARM HOLDINGS, INC. | § |

C.A. NO. B-00-53

## <u>CERTIFICATE OF FINANCIALLY INTERESTED PERSONS</u>

Come now Defendants, **CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ,**

**and DR. ASHOK K. GUMBHIR** and subject to their Motion to Dismiss for Improper Venue and

Motion to Transfer Venue, file this their Certificate of Financially Interested Persons and state that,

at this time, in addition to the parties named in this lawsuit, the following persons, associates of

persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities may be

financially interested in the outcome of this litigation:

> <u>Teva Pharmaceutical Industries, Inc.</u>
> Certus Health Management, Inc.
> Wellcare of Texas, Inc.
> Wellcare of Florida, Inc.

CERTIFICATE OF FINANCIALLY INTERESTED PERSONS - Page 1

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
        JEFFREY D. ROERIG
        State Bar # 17161700
        Federal I.D. No. 1503
        ATTORNEY FOR DEFENDANTS
        CERTUS HEALTHCARE, L.L.C.,
        DAVID RODRIGUEZ AND
        DR. ASHOK K. GUMBHIR

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been sent in accordance with the Federal Rules of Civil Procedure, to-wit:

Michael Cowen
**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520

John Ventura
**LAW OFFICE OF JOHN VENTURA, P.C.**
7 North Park Plaza
Brownsville, Texas 78521

Norton A. Colvin, Jr.
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520

on this __27th__ day of __April__, 2000.

_____
        JEFFREY D. ROERIG

CERTIFICATE OF FINANCIALLY INTERESTED PERSONS - Page 2

rom\motions\21842.intprts