IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOEL FLORES, Individually and On Behalf Of All Others Similarly Situated | § § § |
| VS. | § § Civil Action No. B-00-053 |
| CERTUS HEALTHCARE, L.L.C.; NOVOPHARM LIMITED; DAVID RODRIGUEZ; DR. ASHOK K. GUMBHIR; and NOVOPHARM HOLDINGS, INC. | § § § § § |

## CONSENT TO PROCEED BEFORE A MAGISTRATE

All parties to this case waive their right to proceed before a district judge and consent to have United States Magistrate Judge John Black conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

_____
Michael R. Cowen
Counsel for Plaintiff

_____
Norton A. Colvin, Jr.
Counsel for Defendants Novopharm Limited and Novopharm Holdings, Inc.

_____
Counsel for Defendants Certus Healthcare, L.L.C., David Rodriguez and Dr. Ashok K. Gumbhir

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge John Black to conduct all further proceedings, including final judgment.

_____
Date

_____
United States District Judge