11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C., ET AL. | § | |

United States District Court
Southern District of Texas
ENTERED

MAY 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

TYPE OF CASE:         __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER VENUE AND PLAINTIFF'S MOTION TO REMAND**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS.  PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 15, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 16, 2000

TO:   MR. JOHN VENTURA
       MR. MICHAEL COWEN
       MR. JEFFREY ROERIG
       MR. NORTON COLVIN, JR.