13

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 22 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARMHOLDINGS, INC. | § § § § | |

## DEFENDANTS, CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ AND DR. ASHOK K. GUMBHIR'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**JOHN J. JORDAN**, of the law firm of **ROERIG, OLIVEIRA & FISHER, L.L.P.**, hereby enters his appearance as additional counsel for Defendants, **CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ AND DR. ASHOK K. GUMBHIR**, in this case.

Dated this 22nd day of May, 2000.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
Federal Court #20471
State Bar # 06653020
ATTORNEY FOR DEFENDANT

Page -1-

## CERTIFICATE OF SERVICE

I, **D. ALAN ERWIN, JR.**, hereby certify that a true and correct copy of the foregoing Notice of Appearance has been mailed by certified mail, return receipt requested, to all attorney of record in this case as follows:

Michael Cowen
**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520

John Ventura
**LAW OFFICE OF JOHN VENTURA, P.C.**
7 North Park Plaza
Brownsville, Texas 78521

Norton A. Colvin, Jr.
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520

on this __22nd__ day of __May__, 2000.

_____
D. ALAN ERWIN, JR.
Attorney at Law