United States District Court
Southern District of Texas
FILED

MAY 3 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARM HOLDINGS, INC. | § § § § | |

### JOINDER OF CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ AND DR. ASHOK K. GUMBHIR IN RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ, and DR. ASHOK K. GUMBHIR, join in the Response in Opposition to Plaintiff's Motion to Remand previously filed by Novopharm Holdings, Inc., and would urge this Honorable Court to deny Plaintiff's Motion to Remand for the reasons stated in that opposition.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
JEFFREY D. ROERIG
State Bar # 17161700
Federal I.D. No. 1503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been sent in accordance with the Federal Rules of Civil Procedure, to-wit:

Michael Cowen
**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520

John Ventura
**LAW OFFICE OF JOHN VENTURA, P.C.**
7 North Park Plaza
Brownsville, Texas 78521

Norton A. Colvin, Jr.
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520

on this 31st day of May, 2000.

_____
JEFFREY D. ROERIG