17

United States District Court
Southern District of Texas
FILED

MAY 3 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | CIVIL ACTION NO. B-00-53 |
| vs. | § § | |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, NOVOPHARM HOLDINGS, INC. | § § § § § § | CLASS ACTION |

PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS FOR IMPROPER VENUE
AND/OR MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, offers this response to the Defendants' Motion to Dismiss for Improper Venue and/or Motion to Transfer Venue and in support of this motion would respectfully show as follows:

I.

PRELIMINARY STATEMENT

Defendant Certus HealthCare, L.L.C. ("Certus") is an HMO that does business almost exclusively in the Southern District of Texas. (Exhibit D). It solicited Plaintiff's business in Cameron County, and provided promotional materials stating that it was a South Texas company headquartered in McAllen. (Exhibits A & B). The only other offices mentioned in the promotional materials provided to Plaintiff were in Brownsville and Corpus Christi. (Exhibit B). However, when sued by Plaintiff and a putative class comprised almost entirely of Southern District residents, Certus disavowed its South Texas connection and

PLAINTIFF'S RESPONSE TO DEFENDANTS' VENUE MOTION          PAGE 1 OF 9

asked the Court to transfer this action to San Antonio. Not surprisingly, Federal Law provides that an HMO that does almost all of its business in the Southern District of Texas is subject to venue here. Therefore, the Court should deny Defendants' venue motion.

## II.

## PROCEDURAL BACKGROUND

Defendants Certus Healthcare, L.L.C., David Rodriguez and Dr. Ashok K. Gumbhir filed a motion to dismiss for improper venue and an alternative motion to transfer venue to the U.S. District Court for the Southern District of Texas, San Antonio Division. They later amended their motion to properly allege that the San Antonio Division was in the Western District of Texas. Defendants' motion is based on the argument that venue in this case is governed by the ERISA venue statute, 29 U.S.C. § 1132(e), and that under that statute venue is mandatory in the Western District of Texas.

In this response, Plaintiff shows that venue is proper in the Southern District of Texas. First, the ERISA venue statute, 29 U.S.C. § 1132(e) does not control because Plaintiff has not alleged any causes of action under, or preempted by, ERISA. Further, even if the Court were to apply the ERISA venue statute, venue would still lie in the Southern District of Texas.

## III.

## ARGUMENT & AUTHORITIES

**A.     The Court Should Decide Plaintiffs' Motion To
        Remand Before Considering Defendants' Venue Motion**

In the case at bar, Plaintiffs have filed a motion to remand asserting that
this Court is without jurisdiction.  The Fifth Circuit has expressly warned courts
not to embark on safaris in search of the merits until the jurisdictional issues
have been resolved.  *B, Inc. v Miller Brewing Co.,* 663 F.2d 545 (5th Cir. 1981).
Accordingly, in the case at bar, this Court must decide Plaintiff's Motion to
Remand before it considers any motions filed by Defendants, including the
motion to transfer venue.  Consequently, any ruling on Defendants' motions
must wait until the jurisdictional issue is resolved.

**B.     The ERISA Venue Statute Does Not Apply**

Defendants' venue motion is based upon 29 U.S.C. § 1132(e), which
governs venue in cases brought under ERISA.  However, the claims asserted by
Plaintiff and the Class are not brought under, or preempted by, ERISA.  First,
Plaintiff's individual claims are not affected by ERISA because Plaintiff is not a
member of an ERISA plan.  He purchased an HMO membership directly from
Defendant Certus as an individual; he did not receive membership as an
employee benefit.  Therefore, none of Plaintiff's claims are affected by ERISA,
and 29 U.S.C. §1132(e) is inapplicable to them.

However, upon information and belief, some members of the Class do
receive their HMO benefits through an ERISA Plan.  Given that those Class

members' state law claims are preempted by ERISA, and that ERISA does not appear to provide any remedy for the type of harm for which Plaintiff has sued,[1] Plaintiff sought to define the Class in a manner that would avoid ERISA preemption issues. Therefore, Plaintiff has proposed splitting the Class into two Subclasses, which would be named "the ERISA Plan Subclass" and the "Non-ERISA Plan Subclass." These names simply refer to whether the Subclass members' state law claims would be preempted by ERISA. Neither Subclass is suing under ERISA. Further, the ERISA Plan Subclass is only asserting a cause of action under the Racketeering Influenced Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964, which is not preempted by ERISA. 29 U.S.C. § 1144(d); *cf. Murphy v. Heppenstall Co.*, 635 F.2d 233 (3d Cir. 1980), *cert. denied*, 454 U.S. 1142 (1982) (NLRA not preempted by ERISA).

Because the ERISA venue provision is inapplicable, Defendants' motion is not well taken and should be denied.

C.   **If 29 U.S.C. § 1132(e) Applied, Venue Would Be Proper in the Southern District of Texas**

Assuming arguendo that 29 U.S.C. § 1132(e) applied to the case at bar, venue would still lie in the Southern District of Texas. Section 1132(e) is a "liberal"[2] venue statute, which permits a Plaintiff to bring an action where:

1.   a plan is administered;

---

[1] This is not a case seeking the recovery of benefits. Rather, it is a case seeking the difference in value between the value of the plan if it provided the benefits the Defendants represented it would provide and the value of the plan actually received by Plaintiffs.

[2] Several courts have noted that 11 U.S.C. § 1132(e) is a "liberal" venue statute. *E.g. Varsic v. U.S. Dist. Court*, 607 F.3d 245, 247-48 (9th Cir. 1979); *McCracken v. Automobile Club of So. Cal., Inc.*, 891 F. Supp. 559, 561 (D. Kan. 1995); *Wallace v. American Petrofina, Inc.*, 659 F. Supp. 829, 831 (E.D. Tex. 1987).

..

2.      a breach took place;

3.      a defendant resides; or

4.      a defendant may be found.

29 U.S.C. § 1132(e);*Varsic v. U.S. Dist. Court*, 607 F.2d 245, 248 (9th Cir. 1979).

Venue is proper because Defendant Certus resides, or at least may be found, in

the Southern District of Texas. Further, Plaintiff has some evidence that the

breaches took place in the Southern District of Texas, and that the plan was

administered in the Southern District of Texas. Therefore, the Court should

either deny Defendants' venue motion or allow Plaintiff to conduct discovery on

the issues of where the plan is administered and where the breach took place.

For purposes of venue under Section 1132(e), a defendant "resides or may

be found" in any district where a court possesses personal jurisdiction over that

defendant. *Varsic*, 607 F.2d at 248; *Sanders v. State Street Bank & Trust Co.*, 813 F.

Supp. 529, 533-34 (S.D. Tex. 1993). Therefore, if Defendant Certus is subject to

personal jurisdiction in the Southern District of Texas, venue is proper here.

Certus is clearly subject to personal jurisdiction in the Southern District of

Texas. It solicited Plaintiff's business in Cameron County, Texas, and sold an

HMO membership to Plaintiff in Cameron County. (Exhibit A). According to

the Texas Department of Insurance, 23 of the 24 counties covered by Certus are

in the Southern District of Texas.[3] (Exhibit D). Further, in materials provided to

Plaintiff, Certus held itself out as a resident of South Texas. (Exhibits B & C).

---

[3] According to the Texas Department of Insurance HMO Profile on Certus, Certus covers the
following counties: Aransas, Bee, Brooks, Calhoun, Cameron, De Witt, Duval, Goliad, Hidalgo,
Jackson, Jim Hogg, Jim Wells, Karnes, Kenedy, Kleberg, Lavaca, Live Oak, McMullen, Nueces,
Refugio, San Patricio, Starr, Victoria and Willacy.
http://www.tdi.state.tx.us/company/hmo/94324.html. With the exception of Karnes County, all of
these counties are located in the Southern District of Texas. 28 U.S.C. § 124(b).

Specifically, in a document entitled "Certus HealthCare at a Glance," Certus made the following representations:

> Certus HealthCare, L.L.C. was created to meet the specific healthcare needs of the people of South Texas. To do this, Certus chose McAllen as its home and opened executive offices in Brownsville and Corpus Christi. With all of its operations based here in South Texas, Certus has the on-site advantage of flexibility to meet the changing healthcare needs of our community.
>
> Being a local company means Certus has an understanding of South Texas, its medical facilities, and its physician community. Likewise, because we are here, our members and our constituents can meet face to face with company representatives. Unlike other companies whose headquarters are thousands of miles away and whose executives are unfamiliar with the area, Certus' team of professionals and their families live and work here. . . . We are committed to making South Texas a better, healthier place to live. . . .
>
> While Certus is a company with its management team based here in South Texas, we are affiliated with some of the largest and most respected healthcare corporations in the world.

(Exhibit B). These representations, contained in Certus' promotional materials, constitute admissions of a party-opponent and as such are evidence that Certus resides, or at least can be found, in the Southern District of Texas. Fed. R. Evid. 801(d)(2). Further, according to the telephone book, Certus continues to maintain an office in McAllen, Texas. (Exhibit E).

Under Section 1132(e), venue is also proper where the breach occurred. In the case at bar, Certus' breaches consist of two things. First, Certus made misrepresentations to Plaintiff and other Class members. These misrepresentations were made in the Southern District of Texas. (Exhibit A). Second, Certus failed to pay health care providers for covered services. Some or all of these providers are located in the Southern District of Texas. (Exhibit A). Therefore, the failures to pay also occurred in the Southern District.

Finally, venue is ERISA actions is proper in the district where the plan is administered. There is at least some evidence that the plan is administered in the Southern District of Texas. In the document entitled "Certus HealthCare at a Glance," Certus represented that McAllen was its home, and that its executive offices were located in Brownsville and Corpus Christi. (Exhibit B). All three of these cities are located in the Southern District of Texas. The Individual Enrollment Form that Plaintiff filled out also listed offices in Brownsville, Corpus Christi and McAllen. (Exhibit C). Finally, the "Certus HealthCare at a Glance" document provides further evidence that the plan was administered in the Southern District when it states:

> Being a local company means Certus has an understanding of South Texas, its medical facilities, and its physician community. Likewise, because we are here, our members and our constituents can meet face to face with company representatives. Unlike other companies whose headquarters are thousands of miles away and whose executives are unfamiliar with the area, Certus' team of professionals and their families live and work here. . . . We are committed to making South Texas a better, healthier place to live. . . .

> . . . Certus is a company with its management team based here in South Texas. . . .

(Exhibit B). Such statements indicate that Certus' management, and therefore its plan administration, was located in the Southern District of Texas. (Exhibit B).

## IV.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court deny Defendants' Motion to Dismiss for Improper Venue and Motion to Transfer Venue. In the alternative, Plaintiff prays that this Court defer ruling on

Defendants' venue motion until after Plaintiff has an opportunity to conduct
discovery on venue issues.

Respectfully submitted,

ZAVALETTA & COWEN
Michael R. Cowen , P.C.
Federal ID No. 19967
State Bar No. 20545700
603 East St. Charles Street
Brownsville, Texas 78520
(956) 546-5567
(956) 541-2205 (Fax)


LAW OFFICES OF JOHN VENTURA, P.C.
7 North Park Plaza
Brownsville, Texas 78521
Tel. No. (956) 546-9398
Fax No. (956) 542-1478

By: _____
    Michael R. Cowen, P.C.
    Federal I.D. No. 19967

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing document has be forwarded via certified mail, return receipt requested to:

Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

on this 31st day of ____May____, 2000.

Michael R. Cowen

# EXHIBIT A

CVISPDF – www.fastio.com

# EXHIBIT D

CVisPDF – www.fesko.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | CIVIL ACTION NO. B-00-53 |
| vs. | § § | |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, NOVOPHARM HOLDINGS, INC. | § § § § § | CLASS ACTION |

## AFFIDAVIT OF MICHAEL R. COWEN

STATE OF TEXAS        }
                      }
COUNTY OF CAMERON      }

**BEFORE ME,** the undersigned authority, personally appeared **MICHAEL R. COWEN,** a credible person known unto me who, after being duly sworn by me, did swear and state upon his oath as follows:

"My name is Michael R. Cowen. I am a licensed attorney over twenty-one years old and am competent to give this affidavit. All of the statements contained herein are within my personal knowledge.

I am an attorney for the Plaintiff and the putative Class in the above-captioned case. As part of my pre-suit investigation, on or about January 12, 2000 I logged on to the Texas Department of Insurance web site to obtain information regarding Certus HealthCare, L.L.C. I obtained the Texas Department of Insurance HMO Profile for Certus Healthcare, L.L.C., which I found at http://www.tdi.state.tx.us/company/hmo/94324.html. I printed a copy of that HMO profile and attached it to this Affidavit at Exhibit 1.

On May 29, 2000, I again logged on to the Texas Department of Insurance Web Site to determine conduct further research regarding Certus HealthCare, L.L.C. Prior to logging on, I had learned that Certus had changed its name to WellCare Health Plans of Texas, L.L.C. I obtained the Texas Department of Insurance HMO Profile for WellCare Health Plans of Texas, L.L.C., which I found at http://www.tdi.state.tx.us/company/hmo/94324.html. I printed a copy of that HMO profile and attached it to this Affidavit as Exhibit 2.

AFFIANT FURTHER SAYETH NOT.

_____
Michael R. Cowen

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the _3/st_ day of May, 2000.

JOSIE O. LUCIO
Notary Public,
State of Texas
My Comm. Exp. 8-22-2000

_____
Notary Public, State of Texas

EXHIBIT 1

CVISPDF – www.fastio.com

Case 1:00-cv-00053   Document 17   Filed in TXSD on 05/31/2000   Page 15 of 37

# Texas Department of Insurance
# HMO *Profiles*

**SEARCH | AGENT | COMMISSIONER | COMPANY | CONSUMER | FIRE MARSHAL | GENERAL |**
**TDI HOME**
**| ALPHA LISTING | GENERAL INFO | HMO DEFINITIONS |**

*Disclaimer: The following information is intended only as a guide and may in no respect be relied upon as an alternative or supplement to the data filed by the company. TDI assumes no responsibility for omissions, inaccuracies or ambiguities. Although every effort has been made to ensure the accuracy of the information, all parties are advised to consult the company directly and/or other sources regarding the extent and nature of this information.*

# Certus  Healthcare,  L.L.C.

## Company Number: 28-94324

**Doing Business As:** *(if blank then same as name shown above)*

- 

**Address**

- 1300 North 10th Street Suite 450
  Mcallen, TX 78501

  (888) 423-7887

**Attorney for Service** *(if blank information not available)*

- 

CNHPDF - www.fsesio.com

Case 1:00-cv-00053 Document 17 Filed in TXSD on 05/31/2000 Page 16 of 37



● Indicates
counties with
covered
zip-codes:

## Service Area (by county)

| | |
|---|---|
| Aransas | Karnes |
| Bee | Kenedy |
| Brooks | Kleberg |
| Calhoun | Lavaca |
| Cameron | Live Oak |
| De Witt | McMullen |
| Duval | Nueces |
| Goliad | Refugio |
| Hidalgo | San Patricio |
| Jackson | Starr |
| Jim Hogg | Victoria |
| Jim Wells | Willacy |

## Type

● Basic

## Date Company Licensed

● 9/12/1996

## NCQA Accreditation

● http://www.ncqa.org

## Complaints

● Total Complaints as of 12/31/1998: **170**

## Enrollment and Utilization

HMO Profile For Certus Healthcare, L.L.C.                              1/12/2000  4:30  PM

|  | Annual 1998 | 2nd Quarter 1999 |
|---|---|---|
| Enrollment | 22,359 | 20,921 |
| Hospital Patient Days | 4,057 | 2,819 |
| Hospital Days/1,000 Enrollees | 216 | 258 |

## Financial Information

| ● Balance Sheet | Annual 1998 | 2nd Quarter 1999 |
|---|---|---|
| Assets | $3,163,005 | $3,198,895 |
| Liabilities | $8,663,196 | $8,283,918 |
| Net Worth | ($5,500,191) | ($5,085,023) |
| Uncovered Liabilities | $1,063,035 | $826,507 |
| Statutory Surplus | $2,099,970 | $2,372,388 |

### ● Income/Expense *(Year-to-Date)*

|  | Annual 1998 | 2nd Quarter 1999 |
|---|---|---|
| Commercial Premiums | $19,300,485 | $12,345,878 |
| Medicare Premiums | $0 | $0 |
| Medicaid Premiums | $0 | $0 |
| Medical & Hospital Expenses | $24,871,417 | $15,664,866 |
| Administrative Expenses | $7,305,437 | $2,796,323 |
| Total Expenses | $32,176,854 | $18,461,189 |
| Net Income | ($12,842,511) | ($6,092,030) |

### ● Per Member Per Month (PMPM) *(Year-to-Date)*

|  | Annual 1998 | 2nd Quarter 1999 |
|---|---|---|
| Commercial Premiums | $85.46 | $94.33 |
| Medicare Premiums | $0.00 | $0.00 |
| Medicaid Premiums | $0.00 | $0.00 |
| Medical & Hospital Expenses | $110.13 | $119.69 |
| Administrative Expenses | $32.35 | $21.36 |
| Total Expenses | $142.47 | $141.05 |
| Net Income | ($56.86) | ($46.55) |

*SOURCE: The information reflected above is compiled based on the data reported by the licensed HMO to the Texas Department of Insurance. This data may not reflect amendments filed by the HMO and may be subject to change.*

Case 1:00-cv-00053   Document 17   Filed in TXSD on 05/31/2000   Page 18 of 37

TEXAS DEPARTMENT OF INSURANCE
333 GUADALUPE • AUSTIN TX 78701
P.O. BOX 149104 • 78714·9104

WWW.TDI.STATE.TX.US
This page updated: 11/29/1999
For further information, contact: *Financial.Monitoring@tdi.state.tx.us*
TDI Web Site <u>Disclaimer</u>

EXHIBIT 2

CHMPDF™www.fastio.com

Case 1:00-cv-00053   Document 17   Filed in TXSD on 05/31/2000   Page 20 of 37



# Texas Department of Insurance
# HMO *Profiles*

*Disclaimer: The following information is intended only as a guide and may in no respect be relied upon as an alternative or supplement to the data filed by the company. TDI assumes no responsibility for omissions, inaccuracies or ambiguities. Although every effort has been made to ensure the accuracy of the information, all parties are advised to consult the company directly and/or other sources regarding the extent and nature of this information.*

# WellCare Health Plans of Texas, L.L.C.

## Company Number: 28-94324

**Doing Business As:** *(if blank then same as name shown above)*

- 

**Address**

- 1300 North 10th Street Suite 450
  Mcallen, TX 78501-4336

  (888) 423-7887

**Attorney for Service** *(if blank information not available)*

-

Case 1:00-cv-00053   Document 17   Filed in TXSD on 05/31/2000   Page 21 of 37



● Indicates counties with covered

zip-codes: ☐

## Service Area (by county)

| | |
|---|---|
| Aransas | Karnes |
| Bee | Kenedy |
| Brooks | Kleberg |
| Calhoun | Lavaca |
| Cameron | Live Oak |
| De Witt | McMullen |
| Duval | Nueces |
| Goliad | Refugio |
| Hidalgo | San Patricio |
| Jackson | Starr |
| Jim Hogg | Victoria |
| Jim Wells | Willacy |

## Type

● Basic

## Date Company Licensed

● 9/12/1996

## NCQA Accreditation

● http://www.ncqa.org

## Complaint Information

| | 12/31/1998 | 12/31/1999 | 4/15/2000 |
|---|---|---|---|
| Justified Complaints *(Year-to-Date)* | 170 | 478 | 44 |

## Enrollment and Utilization

| | Annual 1999 | 4th Quarter 1999 |
|---|---|---|
| Enrollment | 5,365 | 5,365 |
| Hospital Patient Days | 3,821 | 3,821 |
| Hospital Days/1,000 Enrollees | 244 | 244 |

HMO Profile For WellCare Health Plans of Texas, '..L.C.                    5/29/00  6:17 PM

## Financial Information

### ● Balance Sheet

| | Annual 1999 | 4th Quarter 1999 |
|---|---|---|
| Assets | $6,818,183 | $6,818,183 |
| Liabilities | $6,860,253 | $6,860,253 |
| Net Worth | ($42,070) | ($42,070) |
| Uncovered Liabilities | $1,252,136 | $1,252,136 |
| Statutory Surplus | $5,566,047 | $5,566,047 |

### ● Income/Expense *(Year-to-Date)*

| | Annual 1999 | 4th Quarter 1999 |
|---|---|---|
| Commercial Premiums | $18,611,025 | $18,611,025 |
| Medicare Premiums | $0 | $0 |
| Medicaid Premiums | $0 | $0 |
| Medical & Hospital Expenses | $23,797,424 | $23,797,424 |
| Administrative Expenses | $4,568,422 | $4,568,422 |
| Total Expenses | $28,365,846 | $28,365,846 |
| Net Income | ($9,683,338) | ($9,683,338) |

### ● Per Member Per Month (PMPM) *(Year-to-Date)*

| | Annual 1999 | 4th Quarter 1999 |
|---|---|---|
| Commercial Premiums | $99.08 | $99.08 |
| Medicare Premiums | $0.00 | $0.00 |
| Medicaid Premiums | $0.00 | $0.00 |
| Medical & Hospital Expenses | $126.70 | $126.70 |
| Administrative Expenses | $24.32 | $24.32 |
| Total Expenses | $151.02 | $151.02 |
| Net Income | ($51.55) | ($51.55) |

*SOURCE: The information reflected above is compiled based on the data reported by the licensed HMO to the Texas Department of Insurance. This data may not eflect amendments filed by the HMO and may be subject to change.*

SEARCH I AGENT I   [ Return to Commissioner's Information Index ]   COMPANY I CONSUMER I FIRE MARSHAL I GENERAL I

**TDI HOME**
| ALPHA LISTING | GENERAL INFO | HMO DEFINITIONS |

**TEXAS DEPARTMENT OF INSURANCE**
333 GUADALUPE · AUSTIN TX 78701
P.O. BOX 149104 · 78714-9104

WWW.TDI.STATE.TX.US
This page updated: 4/25/2000
For further information, contact: *Financial_Analysis@tdi.state.tx.us*
TDI Web Site Disclaimer

# EXHIBIT E



# Southwestern Bell

# Rio Grande Valley
## *Yellow Pages*

♻ **January 2000/2001**

For phone book
recycling information,
call **1-800-953-4400**

*Para obtener información
sobre reciclaje, llame al*
**1-800-953-4400**



**GET AN IDEA**



**Community Pages**

**Información Comunitaria**

**English Alphabetical Index**

**Índice Alfabético en Español**

**Coupon Pages**

## Area Code 956
*Including White Pages*

**Directory serving:**

| | |
|---|---|
| Alamo | Palmhurst |
| Brownsville | Pharr |
| Donna | Pt. Isabel |
| Edcouch | Rio Hondo |
| Edinburg | San Benito |
| Elsa | San Juan |
| Harlingen | South Padre |
| Hidalgo | Island |
| La Villa | Sullivan City |
| Los Fresnos | Weslaco |
| McAllen | |
| Mercedes | |
| Mission | |
| Palmview | |



@ Southwestern Bell
**SMART**pages.com.
Your online source for:
Business Listings
Shopping Guides
City Guides

**PSJA North Drama Department**

**Column 1**

Capeda Sara 1915 Daffodil Av 78501 — 687-3775
Cepeda Sigifredo 2710 Oakland 78501 — 682-2579
Cerda Alejandro Jr 513 E Gardena Av 78501 — 686-4405
Cerda Victor 1917 Robin Av 78504 — 971-0593
Cerazon 1418 Beach Av 78501 — 631-6784
Cercas Precision Fence 2609 W Hwy 83 — 687-7107
Cerda Ana Maria 3308 Uvalde Av 78503 — 972-1999
Cerda Francisco 3804 N 25th St — 631-3860
Cerda Ignacia 2315 E 26th St 78501 — 631-3099
Cerda Jose Enrique 3805 N 9th Street Ct — 682-0260
Cerda Juan F 401 S 33rd St 78501 — 686-3749
Cerda Julio & Johanna la Taylor Rd 78572 — 618-2421
Cerda M R 2721 Upas Av 78501 — 668-1290
Cerda Maria L 1901 H Col Rowe Blvd 78501 — 972-0161
Cerda Mario 2252 Pecan Blvd 78501 — 687-9887
Cerda Martin 2623 Richmond Av 78503 — 687-7344
Cerda Osman 1010 N S 78501 — 972-0203
Cerda Osman 1000 N 26-1/2 St 78501 — 638-0052
Cerda Pablo B Elvia 1225 Heron Av 78504 — 682-4055
Cerda Ramon 1005 W 5 78503 — 686-3064
Cerda Ricardo 2316 N 29th Ln — 687-3116
Cerda Rodolfo 729 W 21st St 78501 — 631-3619
Cerda Sylvia 309 S 25th St 78501 — 682-4126
Cerda Veronica 1101 Dove Av 78504 — 682-4494
Cerda Victor 2223 Hackberry Av 78501 — 972-0483
Cerna Alicia Adams 2613 Hawk Av 78504 — 686-7906
Cerna Maxcelo G 504 S 28 78501 — 686-1447
Cerna Omero 1916 Hibiscus Av 78501 — 664-5354
Cerna Gregoria 1916 Walnut Av 78501 — 682-7829
Cerna Mary 525 Bayword 78503 — 631-3503
Cerrillo Juan R Rebeca 405 E Cardinal Av 78504 — 664-6573
Cerritos Ramiro 3011 N Hwy 83 78501 — 668-8261

## CERTUS HEALTHCARE LLC

3300 N 10th St Suite 450 78501 — 630-1956

Cervantes Francisco 805 N 29th St 78501 — 686-5637
Cervantes Jesus 6105 N 8th St 78501 — 687-1760
Cervantes Juan 2400 Robin Av 78504 — 928-0247
Cervantes Norma 7008 N 15th St 78504 — 664-9789
Cervantes Manuel 2213 Dallas Av 78501 — 618-1036
Cervantes Marcela 812 N 46th St 78501 — 994-9201
Cervantes Norma 7008 N 15th St 78504 — 664-9789
Cervantes Ricardo 601 Esperanza Cir 78501 — 687-4308
Cervantes Roberto G — 682-2983
Cervantes Veronica Albert Rd Edinburg 78539 — 687-2199
Cervera Alfonso 3112 N 24-1/2 St 78501 — 686-4465
Cervera Roberto C — 686-8231
Cesa 2113 S 33rd St 78501 — 631-5158

## CETTS GRAPHIC SUPPLIES INC

301 N 23rd St 78501 — 631-4112

Chachon 1415 Beaumont Av 78501 — 668-1314
Chacon Alvin 610 S 17th St 78501 — 630-0231
Chacon B 1502 Quince Av 78501 — 682-9136
Chacon Dolores 2401 S Jackson Rd 78503 — 630-6704
Chacon Manuel 608 Norelco Av 78501 — 618-4535
Chacra Raphaeli 4532 N 5th St 78504 — 630-1119
Chacra Raphael 4532 N 5th St 78504 — 630-1520
Chacra Sylvia 4532 N 7th 78504 — 682-4436
Chadwick Charles & Debra 1316 Quail Av — 
Chaffee David 1309 Ivy Dr — 928-0600
Chaffee Earl W 601 Amost Av 78504 — 682-3457
Chafin Phillip E DDS 1301 Warbler Av 78504 — 682-8644
Chagnik Paul 2729 Pelican Pl 78504 — 682-3817
Chaigel Alan 1508 Park Av 78504 — 682-3623
Chaja Saul 2900 Verdin Av 78504 — 618-3788
Chalk S L 1101 Dove Av 78504 — 972-1112
Chalk Susan 2900 Verdin Av 78504 — 618-3788
Chalksalli Rahul K MD — 1801 S 5th 78503
Chalmers Angela — 664-9021
x2082 S Segar Rd Edinburg Tx 78539 — 380-4322
Challenger Border Express — 2011 Uvalde Av 78503
Toll Free Dial 1 & Then — 664-9021
Chalmers Brian 2701 N McColl Rd 78501 — 618-1013
Chalmers Ellen 4903 N 9th St 78504 — 682-7322
Chalmers Gordon N McColl Rd 78504 — 630-0100

## CHAMBER OF COMMERCE

10 N Broadway 78501 — 682-2871

Chamberlain D 1100 E Hackberry 78501 — 687-4603
Chamberlain Robert 2016 Iris Av 78501 — 687-9639
Chambers Albert 3175 Pelong St 78501 — 664-9686
Chambers Cliff 131 Shasta Av 78501 — 686-1649
Chambers Eugene 401 N 39th St 78501 — 631-3822
Chambers John — 668-8929
Chambers Ruth L 201 S Taylor Rd McAllen 78501 — 631-3434
Chambliss Kyle 3000 Oriole Av 78504 — 631-4842
Champion David A 2028 Umar 78504 — 686-0932
Champion Marisol — 668-9803
Champion Marisol — 
387-3533
686-9457
618-3797
631-3516
686-1465
686-9931
618-1266
666-0662
686-0919
631-3516
682-1426
625-3636
682-4788
631-4657
631-6543
631-1832
630-3273
682-4747

## CARRERA VIC

1 Paseo Del Prado 78539 —

Carrera Victoria 1600 Oonz Av 78504 —

72660 Southwestern Bell Teleph.

**Column 2**

Chang Maria N —

## CHANG VANESSA & DENNIS

318 Yolana McAllen 78504

664-0444

Channas John 1513 Shasta 78504 — 631-4882
Channel 57 — 682-8832
Chapa A 317 N 38th St 78501 — 682-2668
Chapa Adriana 3101 Toucan Dr 78504 — 928-0848
Chapa Albert 2900 W Whitewing Av 78501 — 686-5937
Chapa Albert Jr 1999 Warbler Av — 618-5134
Chapa Alfonso 409 N Ware Rd 78501 — 687-1353
Chapa Alma 1601 Dallas Av 78501 — 686-1261
Chapa Anita G 2238 Fm 78501 — 664-2961
Chapa Armando 5325 N 17th St 78504 — 664-2961
Chapa Armando 5400 Shasta 78504 — 686-1866

## CHAPA ARTURO REALTY

5400 N 10th St 78504

686-1571

Chapa C J 709 Cedar Av 78501 — 682-3364
Chapa Cami 1401 Dove Av 78504 — 994-9083
Chapa Cande 638 W 33rd St 78504 — 630-2872
Chapa Celia 2238 Dallas 78501 — 686-7569
Chapa Dina 3217 Umar Av 78504 — 971-0296
Chapa Dina 2726 Dallas Av 78501 — 682-4946
Chapa Dina 4 106 E Iris Av 78501 — 686-1261
Chapa Ernesto J 705 Bluebird Av 78504 — 631-4742
Chapa Esperanza 700 Bales Rd 78503 — 664-2093
Chapa Ester 2009 Newport 78501 — 686-1288
Chapa Gilbert Cruz 2212 Quez 78501 — 687-6786
Chapa Gloria 2314 Galveston Av 78501 — 668-1354
Chapa Hector O 3101 N 24th St 78501 — 631-5000
Chapa Herminia 1600 Tamarack Av 78501 — 630-2278
Chapa Hilda M 2511 Jasmine Av 78504 — 994-9207
Chapa Homes Inc 705 N Tower Rd Alamo 78516 — 781-3419
Chapa Jael S 2709 N 3rd St 78501 — 664-9879
Chapa James A 422 N 15th St 78501 — 618-4019

## CHAPA JOE E JR

ATTY 4517 N 10th St

682-4308

Chapa Jose E 2017 El Rancho 78502 — 631-4799
Chapa Juan & Enriqueta 1123 N 25th St — 631-3842
Chapa L 1400 Shasta 78504 — 
Chapa Leonardo B 6005 N 28th Ln 78504 — 618-9099
Chapa Maricela G 3013 Upas 78501 — 687-6153
Chapa Miguel 409 Uvalde Av 78503 — 884-5940
Chapa Ostiel Martinez 2708 Norma Av 78504 — 687-9295
Chapa Palacios Tabasa 1312 Mecca Av 78504 — 664-9697
Chapa Reinaldo H 433 Marigold 78501 — 684-5282
Chapa Ricardo 1107 Andrea 78504 — 631-7921
Chapa Ricardo R Dr 2924 N 42nd Ln — 682-0460
Fax Line 2924 N 42nd Ln 78501 — 682-0401
Chapa Rodolfo Ancer 704 N 7th St 78501 — 631-1726
Chapa Rolando 2213 Camelia Av 78501 — 928-0684
Chapa Santiago 2116 Oak Av 78504 — 630-6795
Chapa Sara & David 1301 N 48th St 78504 — 664-9316
Chapa Valerie 1400 Walnut Av 78501 — 994-1183

## Chapa Victor

205 S 2612 Nyssa Dr 78501

682-2522

Chapa Vidal 2105 S 26 1/2 78501 — 682-0485
Chapapas George Jr N Taylor Rd Mission Tx — 581-2448
Chapa's Moving Service — 686-3247
Chapman Arnold & Evelou 131 Hibiscus Av — 
Chapman C H 4820 N 3rd St 78504 — 682-7543
Chapman Distributing 4301 N 23rd St 78504 — 631-1888
Chapman Ron 2505 Swallow Av 78504 — 631-2483
Chapman Russell E N Taylor Rd McAllen — 687-6671
Chapman Sharon 131 Hibiscus Av 78501 — 687-9620
Charanda Products Llc 2501 W Military Hwy — 
Charles Brothers 4211 S 23rd St 78503 — 687-2900
Charles Clark Chevrolet 911 W Hwy 83 78501 — 618-2100
Charles G 2256 Mesa 78501 — 682-7322
Charles H 3600 N McColl Rd 78504 — 686-0957

## Charles Pedro & Maria

2029 Ulug Av 78501

630-4875

Charles Pedro R 4301 N 5th St 78504 — 630-1397
Charles Toni 3016 Upas Av 78501 — 668-8168
Charleston Rosita 2911 S Jackson Rd 78503 — 687-5320
Charles Guerrero & Associates 7111 Nolana Loop — 
Charlie's Movie Mart 2823 Cobath Rd 78503 — 630-3320
Charlie's Plumbing — 668-3457
Toll Free Dial 1 & Then —

## CHARTER PALMS BEHAVIORAL HEALTH SYSTEM

1421 E Jackson Av McAllen 78503

631-5421

Or —
Toll Free Dial 1 & Then — 800-242-7837
Chase Bank Of Texas NA—
  Servicetine (Customer Service) — 
Toll Free Dial 2 & Then — 800-235-8522
  On Line Banking — 
Toll Free Dial 1 & Then — 888-TEXAS-PC
  Loan By Phone — 
Toll Free Dial 1 & Then — 800-221-LEND
  Hearing Impaired (TDD) — 
Toll Free Dial 1 & Then — 800-732-5518
  Branch (Locations) — 
  Brownsville Downtown 1034 Levee St — 
  Brownsville 78520 — 548-6968
  Brownsville Boca Chica 2300 Boca Chica Blvd — 
  Brownsville 78 78521 — 548-6968

continued on next column

**Column 3**

McAllen — 
McAllen/Benttown — 666-1733
Chase D M 4 — 928-1322
Chase D M 4 — 928-1833
Channas Heights Council Of Co-Owners Inc — 
3100 S 23rd St 78503 — 631-3329
Chatham Phillip DDS 4502 S McColl Rd 78539 — 630-0906
Christopher 3009 Oriole Av 78504 — 631-4442
Christopher 3009 Oriole Av 78504 — 631-7888
Chauvin Gary 2204 Camelia 78501 — 687-2443
Chauvin Larry 712 Redwood 78501 — 686-6612
Chavana Corinne 3317 Jay Av 78504 — 631-2329
Chavana Connine 3317 Jay Av 78504 — 631-3799
Chavana S 2809 Vine Av 78501 — 928-0358
Chavarria Anna 216 Vine Av 78501 — 668-1305
Chavarria Ariel 2236 Orange Av 78501 — 668-8914
Chavarria Irma 902 S 19 1/2 78501 — 686-6169
Chavarria Juanita 4050 Carnation Cir 78501 — 682-9020
Chavarria Luis 501 E Jasmine Av 78501 — 687-5371
Chavarria Maria 2301 Zimmerman St 78539 — 971-0135
Chavarez Berta 2008 Harvey 78501 — 682-4400
Chavero Maria 2105 S 19 1/2 78503 — 682-6704
Chavero Ramon Jr 419 S 20-1/2 St 78501 — 971-8157
Chaves Yvonne 1400 N 16th St 78501 — 972-0527
Chavez A 1100 E Iris Av 78501 — 972-1404
Chavez A 1113 Redbud Av 78504 — 686-2130
Chavez Alice C 1607 Fern Av 78501 — 682-2294
Chavez Andrea 717 S 26-1/2 St 78501 — 668-7901
Chavez Andres 2413 N 27th St 78501 — 630-4738
Chavez Antonio 1407 Quince Av 78501 — 618-3791
Chavez Carlos 814 N 5th St 78501 — 687-4150
Chavez Carlos Sr 1800 N 12th St 78501 — 928-1192
Chavez Carlos Alejandro 207 N 4th St 78501 — 618-3329
Chavez David 2113 Dallas Av 78501 — 668-0344
Chavez Eleazar 3509 Gloria 78503 — 631-3379
Chavez Eleazar 3509 Gloria 78503 — 686-6759
Chavez Esther 2032 Carlet Av 78501 — 630-3029
Chavez F 1203 Primrose St 78504 — 682-4568
Chavez Felix 2200 Jay Av 78504 — 687-6648
Chavez Francisco 2509 Cobath Rd 78503 — 664-9588
Chavez Francisco 507 Cobath Rd 78503 — 686-6909

## Chavez Frank

216 S Cynthia St

631-9442

Chavez Guadalupe 2028 Norma Av 78504 — 682-3139
Chavez Guadalupe C 3008 Lucila 78503 — 682-4733
Chavez Gumecindo 2616 Amelia 78501 — 994-9526
Chavez J 2409 Vine Av 78501 — 686-0646
Chavez Jessica & Michelle 7028 N 5th St — 
Chavez Jorge 2916 Camelia Av 78501 — 618-3745
Chavez Jose Francisco 2125 Erie Av 78501 — 630-3339
Chavez Jose Luis 1917 Heron Av 78504 — 631-2410
Chavez Jose M 2609 Camelia Av 78501 — 686-1153
Chavez Juan 2421 Yuma Av 78503 — 618-4409
Chavez Juan Jose 2017 N 4th St 78501 — 630-3529
Chavez Juana Maria 2501 Maple Av 78501 — 664-9520
Chavez Leslie 2312 N 4 St 78501 — 972-1132
Chavez Lidia 2913 N 24 78501 — 687-1042
Chavez Luis & Dori 1315 Redbud Av 78501 — 631-3153
Chavez Lydia 1308 S 20 78501 — 686-0963
Chavez M 606 N 13th St — 631-2959
Chavez M la Gloria 2920 Camelia Av 78501 — 687-5482
Chavez Maria G 4801 S 24th St 78503 — 664-8248
Chavez Mario 612 Jay Av 78504 — 630-5803
Chavez Martin 2172 S 25th St 78503 — 994-9176
Chavez Mirasol 2009 N 4th St 78501 — 668-8499
Chavez N 3000 Walnut Av 78501 — 972-1981
Chavez Olivia 2412 Pecan Av 78501 — 928-1889
Chavez Omar 1917 Dove Av 78504 — 687-2528
Chavez R 2108 Fresno 78501 — 631-7291
Chavez Raymundo 207 N 4th St 78501 — 630-4329
Chavez Rocardo & Cynthia 2809 W Whitewing Av — 
Chavez Robert 122 Chicago Av 78501 — 664-2402
Chavez Roberto 2805 N 29th Ln 78501 — 631-7779
Chavez Roberto 2805 N 29th Ln 78501 — 630-4920
Chavez Servando 2512 S 27th St 78503 — 630-0677
Chavez Sylvia 700 Jackson Av 78501 — 972-1743
Chavez Tiburcio 2616 Gierra Av 78503 — 618-1663
Chavez Veronica & Marcelo 3405 Queta Av — 
Chavez Vilma 2315 N 36th St 78501 — 618-5101
Chavez Willie 2313 N 16th St 78501 — 630-4773
Chavez Zaragosa 2112 Cortez Av 78503 — 630-2473
Chavira Luz 2229 Andrea Av 78503 — 687-6648
Chavira Veronica 3011 W Hwy 83 — 664-1435
Chavira Teresa 7413 N 31st St — 
Cheaney Peter 1119 Iris Av 78501 — 631-3893
Cheatham Armanda 2901 W Hwy 83 78502 — 631-5137
Cheatham David B Bernadette 2617 Camelia Cir — 
Cheatwood Travis L 2114 E 20th St 78501 — 687-7925
Check-Rite Of McAllen 515 Nolana Loop — 618-4728
Checker Cab 117 S 17th St 78501 — 687-8933
Cheo's Restaurant 3011 W Hwy 83 78501 — 686-9393
Cheever Harry Gene 1613 Falcon Av 78504 — 568-4654
Cheever Harry Gene 1613 Falcon Av — 687-2957
Chelius Martha E 200 Westway 78501 — 631-4262
Chem-Dry RGV 507 Zinnia Av 78504 — 686-4035
Chem-Green Inc 302 W Palm Valley Dr Harlingen Tx 78552 — 
Chemical Dependency 24 Hour Helpline Of Focus — 
Healthcare — 
Toll Free Dial 1 & Then — 682-7790
Chemical Weed Control Of South Texas — 800 234-0420
Chen Bing Chang 725 Uvalde Av 78503 — 630-3671

**Column 4**

— See Landrum-Chester Ob/Gyn
  222 E Ridge Rd Suite 113
Chester Shirley 507 E Ridge Rd 78503 — 
Cheung Amy 1904 Baylor Av 78504 — 
Cheume B M 700 Bales Rd 78503 — 

## CHEVRON OIL PRODUCTS

S-1/2 W N 10th St 78501 — 686-

Chica Luis F 3616 Harvey Dr 78501 — 
Chick-Fil-A 2200 S 10th St 78503 — 
Chick-Fil-A On Jackson Av 1300 E Jackson Av — 

## CHICKEN CHEF

1216 Beaumont 78501 — 
Chick-Fil-A 2105 S Cynthia St 78503 — 

## CHILD ABUSE HOT LINE

Austin — 
Toll Free Dial 1 & Then — 800-

Childers Rose 2701 N Mccoll Rd 78501 — 
Childers William 2388 Thunderbird Av 78504 — 
Children Of The Sun 412 N Walnut Av 78501 — 
Children's Clinic Of McAllen 1425 N 23rd St — 

## CHILDRENS HOUSE THE—MONTESSORI EDUCATION

2336 N Ware Rd 78501 — 686-

Children's Dental Center 1801 S 5th St Suite 112 — 
Childrens House The— — 
Children's Medical Network Telethon N 10th St — 
Children's Miracle Network 3711 N 10th St 78501 — 
Oso Socorro 3052 Lucile Av 78503 — 
Chippenhook Corp 4623 E 5th St 78501 — 
Children's Telephone 4804 N 5th St 78501 — 
Children's Telephone — 
Children's Harry R Zabel 1506 Larksoor — 

## CHILI'S GRILL & BAR

501 Exel — 971-

## CHINA INN

2001 S 10th —
686-

China Lounge 305 S Brentwood Blvd 78501 — 
China Kitchen 3715 N 10th St 78504 — 
Oso Socorro 3052 Lucile Av 78503 — 
Chippenhook Corp 4623 E 5th St 78501 — 
Chirbega Augusto 300 Jackson Av 78501 — 
Chiropractic Clinic 1000 Wordsworth Av — 
Chiropractic Correction Center 2913 W Hwy 83 — 
Chisolm Luis 1212 E Laurel Av 78501 — 
Che Doa 700 W Jackson St 78504 — 
The Cac C 106 E Tulip Av 78504 — 
The Tae H 1212 Quail Av 78504 — 
Choclay Kevin Crt 806 S 12th St 78501 — 
Chocolate Co 2200 S 10th St 78503 — 
Chong Express Teek 1721 Umar Av 78504 — 
Chon J Plumbing Mike T F 78501 — 
Chopard C A 2413 N 1 St 78501 — 
Chou Chih T Ltn Thunderbird Av 78504 — 
Chossau Jaynce K 1936 Nightangale Av 78504 — 
Chou Liang T 511 Thunderbird Av 78504 — 
Chow Leopoldo 2623 Jordan Av 78501 — 
Chowdary A V MD 301 Lindberg 78501 — 
Chowdhury Timir MD 1200 S 2nd St 78503 — 
Choy Joanne M 1200 Iris 78501 — 
Choy Williamsz Zoe 2813 N 36th St 78501 — 
Chou P 1513 Fern Av 78504 — 
Christ Ministries Fm Box 5878 McAllen Tx 78502 — 
Christensen Gaytle 100 E Hackberry Av 78501 — 
Christensen John 1300 S 10th St 78503 — 
Christensen John P 4900 W Hwy 83 78501 — 
Christensen Melvin R 2901 W Hwy 83 78501 — 
Christensen Melvin R 2901 W Hwy 83 78501 — 
Christenson E G 416 Vermont 78503 — 
Christer book Shop 2700 N 10th St 78501 — 
Christian Donald B 1116 Violet Av 78504 — 
Christian Fellowship 1506 Thunderbird Av 78504 — 
Christian Fellowship Worship Center 300 N 16th — 
Christian Fellowship Church Of McAllen — 
  2201 Trenton Rd 78504
Christian Fellowship Union 801 Quince Av — 
Christian & Missionary Alliance Church — 
  530 N Broadway St 78501
Christian & Missionary Alliance Church — 
  401 H S 78501
Christian Ministry Church Of McAllen — 
Christian Ranch San Isidro Tx — 
Christian Science Reading Room 911 N 2nd — 
Christian V 515 Houston Av 78501 — 630-3671

72660 Southwestern Bell Teleph.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED | § | CIVIL ACTION NO. B-00-53 |
| | § | |
| vs. | § | |
| | § | |
| CERTUS HEALTHCARE, L.L.C. | § | |
| NOVOPHARM LIMITED, DAVID | § | |
| RODRIGUEZ, DR. ASHOK K. | § | CLASS ACTION |
| GUMBHIR, NOVOPHARM | § | |
| HOLDINGS, INC. | § | |

## AFFIDAVIT OF JOEL FLORES

STATE OF TEXAS

COUNTY OF CAMERON

**BEFORE ME,** the undersigned authority, personally appeared **JOEL FLORES**, a credible person known unto me who, after being duly sworn by me, did swear and state upon his oath as follows:

"My name is Joel Flores.  I am over twenty-one years old and am competent to give this affidavit.  All of the statements contained herein are within my personal knowledge.

In January 1999 I was seeking healthcare coverage for my son.  I called Certus Healthcare, L.L.C. ("Certus").  I knew about Certus because I had seen their advertisements in Cameron County, Texas.  A Certus representative then went to my home in Cameron County, Texas to meet with me about my purchasing Certus health coverage for my son.

To obtain Certus health coverage, I filled out an "Individual Enrollment Form."  A copy of that Form is attached as Exhibit 1.  I filled out that form in my home in Cameron County while the Certus representative was present.

Certus provided me with several documents when its representative came to my home.  One of those documents was entitled "Certus HealthCare at a Glance."  A copy of that document is attached as Exhibit 2.  That document was given to me in Cameron County, Texas.

On or about February 22, 1999, I attempted to purchase a "Pulmo-Aide" treatment with medication for my son, who is covered on my Certus insurance.  I went to eight different pharmacies located in Cameron County, but all of them refused to accept my insurance because Certus did not pay claims."

AFFIANT FURTHER SAYETH NOT.

_____
Joel Flores

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the  3 1 st day of May, 2000.

_____
Notary Public, State of Texas

JAIME CANALES
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-19-2002

EXHIBIT 1

CVISPDF – www.fasiso.com

# CERTUS HEALTHCARE AT A GLANCE

Certus HealthCare, LLC was created to meet the specific healthcare needs of the people of South Texas. To do this, Certus chose McAllen as its home and opened executive offices in Brownsville and Corpus Christi. With all of its operations based here in South Texas, Certus has the on-site advantage of flexibility to meet the changing healthcare needs of our community.

Being a local company means Certus has an understanding of South Texas, its medical facilities, and its physician community. Likewise, because we are here, our members and our constituents can meet face to face with company representatives. Unlike other companies whose headquarters are thousands of miles away and whose executives are unfamiliar with the area, Certus' team of professionals and their families live and work here. We remain sensitive to the culture and history of the region. We are committed to making South Texas a better, healthier place to live. For these reasons, you can look to Certus HealthCare and "trust your health to your neighbors."

While Certus is a local company with its management team based here in South Texas, we are affiliated with some of the largest and most respected healthcare corporations in the world. Most prominent among them is Novopharm Limited, a multi-billion dollar pharmaceutical manufacturer and drug distributor with over 3,000 employees worldwide. Novopharm is the primary shareholder of Certus and is committed to its financial success and its mission to improve the overall healthcare of South Texas.

Certus is re-insured by Standard Security Life Insurance Company of New York, which is "AA" rated.

Certus has been selected by many of the region's public school boards and largest employers as the health plan for their employees.

A list of major accounts includes the Office of Personnel Management (Federal Employees), the County of Hidalgo, West Oso Independent School District, Haggar Clothing Co and ERS (State Employees).

In offering health plans that include a choice of the region's finest hospitals and physicians along with comprehensive benefits, it is no wonder that these fine organizations and respected companies have chosen to become affiliated with Certus. We look forward to more such affiliations and innovative joint ventures that will allow us to deliver quality healthcare to more residents of South Texas.

# BE HEALTHY. BE CERTAIN. CERTUS HEALTHCARE.

Certus HealthCare, LLC is a health maintenance organization

EXHIBIT 2

CVisPDF – www.fenixo.com

**Section 1.   Subscriber Information**

Marital Status /
☒ Married
☐ Not Married

☒ Individual Applicant                    ☐ Late Applicant For Group
☐ Plan I-10                               Group Name_____
☐ Plan I-20                               Group Number_____

| Last Name | First | Middle | Social Security Number |
|---|---|---|---|
| _Flores_ | _Joel L_ | | _453 1 3908_ |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| _c 35  Laguna Rio_ | _La Feria Texas_ | | _78___ | _956-283-___8_ |

**Section 2.   Health Coverage for:**   ☐ Individual   ☐ Spouse   ☐ Child(ren)

**Section 3.   Persons Proposed for Coverage - Health Statement**
Key for column 1 is as follows:* = Subscriber, S = Spouse, C = Child
(If the name of a dependent is not the same as the subscriber, attach an explanation of the relationship)

| | Name | Social Security # | Sex | Date of Birth | Height | Weight | Primary Care Physician | OB-GYN |
|---|---|---|---|---|---|---|---|---|
| * | | | | / / | | | | |
| S | | | | / / | | | | |
| C | _Joel Herrera Flores_ | _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_ | (2) | _10 19 99_ | _2_ | _9.2_ | _Ivan Pedro_ | |
| C | | | | / / | | | | |
| C | | | | / / | | | | |
| C | | | | / / | | | | |

**Section 4.   Medical Questionnaire IMPORTANT: Every question must be answered completely. Failure to disclose information may result in denial of claim and rescinding of coverage. Use separate paper, if necessary.**

1.Provide the date, reason and diagnosis for all persons listed above who were last seen by a physician including the names and addresses of the physicians or clinics and **medications** prescribed during the last five (5) years. If there were none, please write "NONE".

_____
_____

2.Are you or any of the person listed on this form the parent of an unborn child?   ☐ Yes   ☒ No

3.List below all hospital admissions within the last five (5) years (including mental health or substance abuse center) for anyone on this form.

| Date | Name | Diagnosis | Length | Results | Hospital & Physician |
|---|---|---|---|---|---|
| | _HB_ | | | | |

4.Has any person on this application, within the last ten (10) years had, been told they have or been diagnosed as having, or been treated for (circle disorder): If yes, provide details on separate paper.

Initial Below
YES    NO

a. Cancer, tumors, Hodgkin's disease or leukemia? ___ ___
b. Diabetes? ___ ___
c. High blood pressure or any other disease or disorder of the heart or blood vessels? ___ ___
d. Brain or nervous system, immune system, reproductive system or lungs? ___ ___
e. Mental or nervous disorders, substance abuse, or Attention Deficit Disorder? ___ ___
f. Seizures, lupus, cystic fibrosis, tuberculosis, neurofibromatosis scleredema or collagen disease? ___ ___
g. Liver, kidney, stomach, pancreas, spleen, bowel disorders, gallbladder disorder, hepatitis or Thyroid disorders? ___ ___
h. Neck or back disorder, organ transplant, kidney stones, ulcer, asthma, hernia, sexually transmitted disease or Goiter? ___ ___
i. Arthritis or deformities, Rheumatism, joints that do not move correctly or fully broken bones? ___ ___
j. Anemia; anosmia, emboli, stroke; thrombi; any disorder of veins or arteries or circulation, bleeding or clotting disorder? ___ ___
k. Any disorder associated with the Endocrine System or any hormones? ___ ___
l. Has any person on this application tested positive for the HIV Infection or been diagnosed on having AIDS or ARC caused by the HIV infection or other sickness or medical condition derived from such infections or any other immune disorder? ___ ___
m.Has any applicant been diagnosed with any bodily disorder other than listed above? ___ ___
   Which disorder still exists?_____

5. Has any person on this application.
a. Received any medical advice or treatment for a condition that still exists? ___ ___
b. Received more that $5,000 in medical care in the last 24 months? ___ ___
c. Ever been disable or unable to care for themselves? ___ ___
d. Not undergone a recommended surgical operation or medical tests? ___ ___

INDAP 12-98                          *Page 1 of 2*

I understand that I am entitled to a copy of this form.

I have read the foregoing statements and answers and declare them to be true and complete to the best of my knowledge and belief. I understand that this application does not constitute acceptance or coverage by Certus. I understand that Certus will accept or decline coverage based on the information that I have provided. I understand that if I fraudulently or intentionally misrepresent information on the enrollment form, it may be the basis for later rescission of the health care coverage. I understand that if the health care coverage applied for becomes effective, it will be subject to all the terms of the Evidence Of Coverage.

Date: _____   Witness: _____   * Subscriber Signature _____

**Acknowledgement** - I have read and kept the Important Notice which has been given to me.
**Authorization:** For the Release of Medical Information

To: Any licensed physician, medical practitioner; hospital; clinic or like facility; insurance company; the Medical Information Bureau, Inc.; or other organization, institution or person. I authorize you to give Certus HealthCare, LLC any data or records you may have about me or my mental or physical health, as authorized by law. Certus HealthCare, LLC needs this data to find out if I qualify for health care coverage. This also applies to a dependent named in the application. This authorization is good for 24 months from the effective date. A photocopy of this form will be valid as the original. (The person who signs this form may have a copy of it upon request.) This authorization is valid for 24 months from the effective date.

Date: _____   Spouse: _____   * Subscriber Signature _____

* If minor child then signature of parent or legal guardian.

## Section 5.   Disclaimer

I fully understand my responsibilities, in addition to the benefits, terms, and conditions of the Certus HealthCare, LLC Individual Plan that I am applying for, including but not limited to the following:

- The issuance of coverage will be considered, accepted, or declined based on the information provided by me on the Certus application for coverage.
- That if I fraudulently or intentionally misrepresent, it may result in a denial of claim and rescission of coverage.
- That maternity, both natural or cesarean, including related services, are not covered.
- That there is an annual out-of-pocket maximum of $1,500 per individual and $4,500 per family, on Plan I-10.
- That there is an annual out-of-pocket maximum of $4,000 per individual and $12,000 per family on Plan I-20.

Accepted and signed by the subscriber on behalf of all covered family members.

_____   _____
Signature                  Date

_____   _____
Witness                    Date

### Cláusula Exonerativa

...entiendo completamente los beneficios, términos y condiciones del Plan Individual de Certus y que yo estoy solicitando lo siguiente, incluyendo, pero no limitándose, a lo siguiente

- La emisión de la cobertura se considerará, aceptará o será rechazada basándose en la información que yo proporcione a Certus en mi solicitud de cobertura.
- Que si yo fraudalenta o intencionalmente proporciono información falsa o incorrecta, ésto puede resultar en el rechazo de una reclamación o la cancelación de la cobertura.
- Que los servicios de maternidad, ya sean naturales o por cesárea, no están amparados bajo la cobertura
- Que existe cantidad máxima de gastos personales de $1,500 por individuo y $4,500 por familia en Plan I-10.
- Que existe cantidad máxima de gastos personales de $4,000 por individuo y $12,000 por familia en Plan I-20.

Se acepta y firma por el subscriptor a nombre de todos los miembros de la familia que están amparados bajo la cobertura

_____   _____
Firma                      Fecha

_____   _____
Testigo                    Fecha

*Page 2 of 2*

**FOR OFFICE USE ONLY**

Account Executive _____ Date _____   Underwriter _____ Date _____   Membership _____ Date _____

Broker _____ Date _____   Effective Date _____

# EXHIBIT B

CVisPDF – www.favisu.com

# CERTUS HEALTHCARE AT A GLANCE

Certus HealthCare, LLC was created to meet the specific healthcare needs of the people of South Texas. To do this, Certus chose McAllen as its home and opened executive offices in Brownsville and Corpus Christi. With all of its operations based here in South Texas, Certus has the on-site advantage of flexibility to meet the changing healthcare needs of our community.

Being a local company means Certus has an understanding of South Texas, its medical facilities, and its physician community. Likewise, because we are here, our members and our constituents can meet face to face with company representatives. Unlike other companies whose headquarters are thousands of miles away and whose executives are unfamiliar with the area, Certus' team of professionals and their families live and work here. We remain sensitive to the culture and history of the region. We are committed to making South Texas a better, healthier place to live. For these reasons, you can look to Certus HealthCare and "trust your health to your neighbors."

While Certus is a local company with its management team based here in South Texas, we are affiliated with some of the largest and most respected healthcare corporations in the world. Most prominent among them is Novopharm Limited, a multi-billion dollar pharmaceutical manufacturer and drug distributor with over 3,000 employees worldwide. Novopharm is the primary shareholder of Certus and is committed to its financial success and its mission to improve the overall healthcare of South Texas.

Certus is re-insured by Standard Security Life Insurance Company of New York, which is "AA" rated.

Certus has been selected by many of the region's public school boards and largest employers as the health plan for their employees.

A list of major accounts includes the Office of Personnel Management (Federal Employees), the County of Hidalgo, West Oso Independent School District, Haggar Clothing Co and ERS (State Employees).

In offering health plans that include a choice of the region's finest hospitals and physicians along with comprehensive benefits, it is no wonder that these fine organizations and respected companies have chosen to become affiliated with Certus. We look forward to more such affiliations and innovative joint ventures that will allow us to deliver quality healthcare to more residents of South Texas.

# BE HEALTHY. BE CERTAIN. CERTUS HEALTHCARE.

Certus HealthCare, LLC is a health maintenance organization.

# EXHIBIT C

CishPDF – www.fwsio.com

☑ Individual Applicant  ☐ Late Applicant For Group  ☑ Married
☐ Plan I-10  Group Name _____  ☐ Not Married
☐ Plan I-20  Group Number _____

| Last Name | First | Middle | Social Security Number |
|---|---|---|---|
| _Flores_ | _Joel_ | | _453 7 3908_ |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| _135 Arguadalia Dr Los Fresnos Texas_ | | | | _956-233-4628_ |

**Section 2.  Health Coverage for:**  ☐ Individual  ☐ Spouse  ☐ Child(ren)

**Section 3.  Persons Proposed for Coverage - Health Statement**
Key for column 1 is as follows: * = Subscriber, S = Spouse, C = Child
(If the name of a dependent is not the same as the subscriber, attach an explanation of the relationship)

| | Name | Social Security # | Sex | Date of Birth | Height | Weight | Primary Care Physician | OB-GYN |
|---|---|---|---|---|---|---|---|---|
| * | | | | / / | | | | |
| S | | | | / / | | | | |
| C | _William Flores_ | _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_ | _01_ | _12 13 190_ | _2_ | _1123_ | _7 Mari_ | |
| C | | | | / / | | | | |
| C | | | | / / | | | | |
| C | | | | / / | | | | |

**Section 4.  Medical Questionnaire IMPORTANT: Every question must be answered completely. Failure to disclose information may result in denial of claim and rescinding of coverage. Use separate paper, if necessary.**

1. Provide the date, reason and diagnosis for all persons listed above who were last seen by a physician including the names and addresses of the physicians or clinics and **medications** prescribed during the last five (5) years. If there were none, please write "NONE".

2. Are you or any of the person listed on this form the parent of an unborn child?  ☐ Yes  ☑ No

3. List below all hospital admissions within the last five (5) years (including mental health or substance abuse center) for anyone on this form.

| Date | Name | Diagnosis | Length | Results | Hospital & Physician |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. Has any person on this application, within the last ten (10) years had, been told they have or been diagnosed as having, or been treated for (circle disorder): If yes, provide details on separate paper.

Initial Below

| | YES | NO |
|---|---|---|
| a. Cancer, tumors, Hodgkin's disease or leukemia? | | ✓ |
| b. Diabetes? | | ✓ |
| c. High blood pressure or any other disease or disorder of the heart or blood vessels? | | ✓ |
| d. Brain or nervous system, immune system, reproductive system or lungs? | | ✓ |
| e. Mental or nervous disorders, substance abuse, or Attention Deficit Disorder? | | ✓ |
| f. Seizures, lupus, cystic fibrosis, tuberculosis, neurofibromatosis scleredema or collagen disease? | | ✓ |
| g. Liver, kidney, stomach, pancreas, spleen, bowel disorders, gallbladder disorder, hepatitis or Thyroid disorders? | | ✓ |
| h. Neck or back disorder, organ transplant, kidney stones, ulcer, asthma, hernia, sexually transmitted disease or Goiter? | | ✓ |
| i. Arthritis or deformities; Rheumatism, joints that do not move correctly or fully broken bones? | | ✓ |
| j. Anemia; anosmia, emboli, stroke; thrombi; any disorder of veins or arteries or circulation; bleeding or clotting disorder? | | ✓ |
| k. Any disorder associated with the Endocrine System or any hormones? | | ✓ |
| l. Has any person on this application tested positive for the HIV Infection or been diagnosed on having AIDS or ARC caused by the HIV infection or other sickness or medical condition derived from such infections or any other immune disorder? | | ✓ |
| m. Has any applicant been diagnosed with any bodily disorder other than listed above? | | ✓ |
| Which disorder still exists? _____ | | ✓ |

5. Has any person on this application:

| | | |
|---|---|---|
| a. Received any medical advice or treatment for a condition that still exists? | | ✓ |
| b. Received more that $5,000 in medical care in the last 24 months? | | ✓ |
| c. Ever been disable or unable to care for themselves? | | ✓ |
| d. Not undergone a recommended surgical operation or medical tests? | | ✓ |

INDAP 12-98  Page 1 of 2

Certus Health Care, LLC INDIVIDUAL MEMBERSHIP APPLICATION

understand that I am entitled to a copy of this form.

have read the foregoing statements and ans___ and declare them to be true and complete to t'__est of my knowledge and belief. I understand _t this application does not constitute accept____ or coverage by Certus. I understand that Ce___ will accept or decline coverage based on the ___rmation that I have provided. I understand that if I fraudulently or intentionally misrepresent information on the enrollment form, it may be the __sis for later rescission of the health care coverage. I understand that if the health care coverage applied for becomes effective, it will be subject to " the terms of the Evidence Of Coverage.

Date: _____ Witness _____ * Subscriber Signature _____

.cknowledgement - I have read and kept the Important Notice which has been given to me.

.uthorization: For the Release of Medical Information

o Any licensed physician; medical practitioner; hospital; clinic or like facility; insurance company; the Medical Information Bureau, Inc.; or other organiza-ion, institution or person. I authorize you to give Certus HealthCare, LLC any data or records you may have about me or my mental or physical health, as __thorized by law. Certus HealthCare, LLC needs this data to find out if I qualify for health care coverage. This also applies to a dependent named in the application. This authorization is good for 24 months from the effective date. A photocopy of this form will be valid as the original. (The person who signs __is form may have a copy of it upon request.) This authorization is valid for 24 months from the effective date

Date: _____ Spouse: _____ * Subscriber Signature _____

If minor child then signature of parent or legal guardian.

---

### Section 5.    Disclaimer

fully understand my responsibilities, in addition to the benefits, terms, and conditions of the Certus HealthCare, LLC Individual Plan that I am applying for, __cluding but not limited to the following:

- ❖ The issuance of coverage will be considered, accepted, or declined based on the information provided by me on the Certus application for coverage.
- ❖ That if I fraudulently or intentionally misrepresent, it may result in a denial of claim and rescission of coverage.
- ❖ That maternity, both natural or cesarean, including related services, are not covered.
- ❖ That there is an annual out-of-pocket maximum of $1,500 per individual and $4,500 per family, on Plan I-10.
- ❖ That there is an annual out-of-pocket maximum of $4,000 per individual and $12,000 per family on Plan I-20

Accepted and signed by the subscriber on behalf of all covered family members

_____          _____
Signature                                        Date

_____          _____
Witness                                          Date

#### Cláusula Exonerativa

.ntiendo completamente los beneficios, términos y condiciones del Plan Individual de Certus y que yo estoy solicitando lo siguiente, incluyendo, pero   no limitándose, a lo siguiente:

- ❖ La emisión de la cobertura se considerará, aceptará o será rechazada basándose en la información que yo proporcione a Certus en mi solicitud de cobertura
- ❖ Que si yo fraudulenta o intencionalmente proporciono información falsa o incorrecta, ésto puede resultar en el rechazo de una reclamación o la cancelación de la cobertura.
- ❖ Que los servicios de maternidad, ya sean naturales o por cesárea, no están amparados bajo la cobertura.
- ❖ Que existe cantidad máxima de gastos personales de $1,500 por individuo y $4,500 por familia en Plan I-10.
- ❖ Que existe cantidad máxima de gastos personales de $4,000 por individuo y $12,000 por familia en Plan I-20

Se acepta y firma por el subscriptor a nombre de todos los miembros de la familia que están amparados bajo la cobertura.

_____          _____
Firma                                            Fecha

_____          _____
Testigo                                          Fecha

*Page 2 of 2*

---

**FOR OFFICE USE ONLY**

Account Executive _____ Date _____ Underwriter _____ Date _____ Membership _____ Date ____

Broker _____ Date _____ Effective Date _____