18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND OF BEHALF OF ALL OTHERS SIMILARLY SITUATED § § § § § | |
| VS. § § | CIVIL ACTION NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, NOVOPHARMHOLDINGS, INC. § § § § § | |

**PLAINTIFF'S FIRST AMENDED NOTICE OF ADDITIONAL COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

**CESAR AMADOR**, of **THE LAW OFFICES OF JOHN VENTURA,** hereby enters his appearance as additional counsel for the Plaintiffs, **JOEL FLORES INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** in this case. Cesar Amador will take the place of attorney Anthony Carrabba of The Law Offices of John Ventura whose name should be deleted from the Court's file in this case.

Dated this 8TH day of June, 2000.

Respectfully submitted,

The Law Offices of John Ventura
7 North Park Plaza
Brownsville, Texas 78521
(956)546-9398
(956)542-1478-Fax

_/s/ Cesar A. Amador_
Cesar Amador
SBOT# 01136040
Federal ID # 8966

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's amended notice of additional counsel has been served on the defendants by serving their attorneys of record via certified mail as follows on this the 8th day of June, 2000.

_____
Cesar Amador