IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. B-00-053 |
| CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR and NOVOPHARM HOLDINGS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

United States District Court
Southern District of Texas
FILED

JUN 13 2000

Michael N. Milby
Clerk of Court

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

TO:   The United States District Court
      for the Southern District of Texas
      Brownsville Division

Defendant Novopharm Holdings, Inc. by Norton A. Colvin of Rodriguez, Colvin and Chaney hereby moves the Court for leave for their counsel, John R. Wallace to appear pro hac vice in the above-captioned matter.

This motion is based upon the attached affidavit for leave to appear pro hac vice.

Date: 6-13-00

Respectfully submitted:

_____
Norton A. Colvin
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas  78520

## CERTIFICATE OF CONFERENCE

In compliance with Local Rules, Movant swears that he has conferred by telephone with Michael Cowen, counsel for Plaintiff, and Jeffrey D. Rorerig, counsel for Defendants Certus Healthcare, L.L.C., David Rodriguez, and Dr. Ashok K. Gumbhir, on June 13, 2000, and they are not opposed to the relief prayed for in this motion.

_____
Norton A. Colvin, Jr.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear Pro Hac Vice was served upon all counsel of record, to-wit:

>Michael R. Cowen
>Zavaletta & Cowen
>603 East St. Charles Street
>Brownsville, Texas 78520
>Attorneys for Plaintiff
>
>John Ventura
>Anthony Carrabba
>Law Offices of John Ventura, P.C.
>7 North Park Plaza
>Brownsville, Texas 78521
>Attorneys for Plaintiff
>
>Jeffrey D. Roerig
>Roerig, Oliveira & Fisher, L.L.P.
>855 West Price Road, Suite 9
>Brownsville, Texas 78520
>   Attorneys for Defendants Certus Healthcare, L.L.C., David Rodriguez, and Dr. Ashok K. Gumbhir

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 13th day of June, 2000.

_____
Norton A. Colvin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CERTUS HEALTHCARE, L.L.C., )<br>NOVOPHARM LIMITED, DAVID )<br>RODRIGUEZ, DR. ASHOK K. GUMBHIR )<br>and NOVOPHARM HOLDINGS, INC. )<br><br>Defendants. ) | Civil Action No. B-00-053 |

## **AFFIDAVIT OF JOHN R. WALLACE**

John R. Wallace, being first duly sworn, on oath deposes and states as follows:

1. I am a partner in the law firm of Wallace, Creech & Sarda, L.L.P., 3605 Glenwood Avenue, Suite 240, Post Office Box 12065, Raleigh, North Carolina 27605, and I make this Affidavit on personal knowledge.

2. I am a 1976 graduate of the University of Florida Law School, and a member in good standing of the Bar of the State of North Carolina, the United States District Court for the Middle and Eastern Districts of North Carolina, and the United States Court of Appeals for the Fourth Circuit, admitted in 1976. I am also a member in good standing of the Bar in the State of Florida, admitted in 1977, and for the U.S. Court of Appeals, Federal Circuit, admitted in 1993.

3. I, in behalf of the law firm Wallace, Creech & Sarda, L.L.P., have represented Novopharm Ltd., parent of Novopharm Holdings, Inc., since 1991 and have in an array of actions in the United District Court of the Eastern District of North Carolina and in both the Fourth and Federal

Circuits, appeared for Novopharm, Ltd. It is at the request of and in behalf of Novopharm Holdings, Inc. that this firm has been asked to appear in behalf of Novopharm Holdings, Inc. in the pending proceeding.

4. I have never been censured, suspended, disbarred or otherwise disciplined by any court.

5. I am not currently the subject of an investigation of my professional conduct.

6. I have never been transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court.

7. I have never been denied admission to the bar of any court.

8. I have never been held in contempt of court.

9. Your affiant seeks leave to appear pro hac vice for the Defendant Novopharm Holdings, Inc. in the above-captioned matter.

Date this 9th day of June, 2000.

_____
John R. Wallace

Subscribed and sworn to before me this 9th day of June, 2000.

_____
Notary Public
State of North Carolina
My Commission Expires: 10 / 6 / 2004

CJW13826.008