22

United States District Court
Southern District of Texas
FILED

JUN 15 2000

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## HEARING ON DEFENDANTS' 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER VENUE AND PLAINTIFF'S MOTION TO REMAND

CIVIL ACTION NO. B-00-053           DATE & TIME: 06-15-00 AT 1:30 P.M.

JOEL FLORES, INDIVIDUALLY AND        PLAINTIFF(S)  JOHN VENTURA
ON BEHALF OF ALL OTHERS              COUNSEL       MICHAEL COWEN
SIMILARLY SITUATED

VS.

CERTUS HEALTHCARE, L.L.C.,           DEFENDANT(S)  JEFFREY ROERIG
ET AL.                               COUNSEL       NORTON COLVIN

---

> Motion to transfer venue was argued. Judge Black denied this motion.

> Motion to remand was argued. Judge Black denied this motion.

> Judge Black told lawyers to continue with discovery.

> Judge told lawyers to submit joint scheduling order. (Judge wants to resolve class issue early on. Next wants parties to focus on discovery with respect to the class issue and liability of Novopharm.)