23

United States District Court
Southern District of Texas
ENTERED

JUN 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated | * * * | |
| VS. | * * | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C.; NOVOPHARM LIMITED; DAVID RODRIGUEZ; DR. ASHOK K. GUMBHIR; and NOVOPHARM HOLDINGS, INC. | * * * * | |

## ORDER GRANTING DEFENDANT NOVOPHARM HOLDINGS, INC.'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE

On this day came on for consideration Defendant Novopharm Holdings, Inc.'s Motion for Leave to Appear Pro Hac Vice on behalf of John R. Wallace, and the Court, having considered the evidence and argument of counsel, is of the opinion that said Motion for Leave to Appear Pro Hac Vice should be granted. It is therefore

ORDERED that Defendant Novopharm Holdings, Inc.'s Motion for Leave to Appear Pro Hac Vice on behalf of John R. Wallace be, and it is hereby, GRANTED.

SIGNED this 15 day of JUNE, 2000 at Brownsville, Texas.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE