24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND<br>ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED,<br>        Plaintiff, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C.<br>NOVOPHARM LIMITED, DAVID<br>RODRIGUEZ, DR. ASHOK K. GUMBHIR<br>NOVOPHARMHOLDINGS, INC.,<br>        Defendant. | § § § § § | |

## ORDER

Pending before this Court is Plaintiff's Motion to Remand (Docket No. 9). After careful

consideration of said matter, the Court is of the Opinion that this motion should be **DENIED**.

DONE at Brownsville, Texas on this 15ᵗʰ day of June, 2000.

-------------------------------------
John Wm. Black
United States Magistrate Judge