25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND § <br> ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED, § <br>     Plaintiff, § <br> § <br> VS. § <br> § <br> CERTUS HEALTHCARE, L.L.C. § <br> NOVOPHARM LIMITED, DAVID § <br> RODRIGUEZ, DR. ASHOK K. GUMBHIR § <br> NOVOPHARMHOLDINGS, INC., § <br>     Defendant. § | CIVIL ACTION NO. B-00-53 |

United States District Court
Southern District of Texas
ENTERED

JUN 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

Pending before this Court is Defendant's Amended Motion to Dismiss for Improper Venue and Alternative Amended Motion to Transfer Venue (Docket No. 12). After careful consideration of said matter, the Court is of the Opinion that this motion should be **DENIED**.

DONE at Brownsville, Texas on this 15th day of June, 2000.

                                                 John Wm. Black
                                    United States Magistrate Judge

AGREED:

BROCK & PERSON, P.C.
10101 Reunion Place, Suite 1000
San Antonio, Texas 78216
210/979-0100
210/979-7810 - Facsimile

BY: _____
JOHN A. GUERRA
State Bar No. 08576180
Federal Bar No. 18579

ATTORNEYS FOR DEFEDANTS


CISNEROS & MATTINGLY, P.C.
845 E. Harrison St., Suite "A"
Brownsville, Texas 78520
956/504-2260
956/504-5988 - Facsimile

BY: _____
CARLOS H. CISNEROS
State Bar No. 00793508
Federal Bar No. 21865

ATTORNEYS FOR PLAINTIFFS

B-00-069