26

United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARMHOLDINGS, INC. | § § § § | |

<u>ORDER ON DEFENDANTS' MOTION TO DISMISS FOR IMPROPER
VENUE AND ALTERNATIVE MOTION TO TRANSFER VENUE</u>

On the <u>1st</u> day of <u>August</u>, 2000, in the above- styled and numbered cause, came on to be considered the Motion of Defendants, **CERTUS HEALTHCARE, L.L.C., DAVID RODRIGUEZ** and **DR. ASHOK K. GUMBHIR**, to Dismiss Plaintiffs' suit for improper venue as authorized by the Federal Rules of Civil Procedure 12(b)(3) and alternative Motion to Transfer the above-entitled and numbered cause to the Western District of Texas, San Antonio Division (Docket No. 4); and the Court, after examining the pleadings and listening to evidence and argument of counsel, is of the opinion that Defendants' Motion to Dismiss should be DENIED and Defendants' Motion to Transfer Venue should be DENIED;

It is, therefore, ORDERED, ADJUDGED AND DECREED, that Defendants' Motion to Dismiss Plaintiffs' suit for improper venue as authorized by the Federal Rules of Civil Procedure 12(b)(3) is DENIED. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Transfer Venue is hereby DENIED.

Page -1-

SIGNED this \_\_\_4\_\_\_ day of \_\_AUGUST\_\_, 2000.

_____
PRESIDING JUDGE