28

United States District Court
Southern District of Texas
FILED

SEP 13 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-00-053 | DATE & TIME: 09-13-00 AT 2:00 P.M. |
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFF(S) CESAR A. AMADOR <br> COUNSEL MICHAEL COWEN |
| VS. | |
| CERTUS HEALTHCARE, L.L.C., ET AL. | DEFENDANT(S) JEFFREY ROERIG <br> COUNSEL DAN ALAN ERWIN, JR. <br> NORTON COLVIN <br> JOHN R. WALLACE |

-----

Attorneys Cesar Amador, Michael Cowen, Jeffrey Roerig and Norton Colvin appeared in chambers.

Attorneys submitted a scheduling order.