29

United States District Court
Southern District of Texas
ENTERED

SEP 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARM HOLDINGS, INC. | § § § § | |

## SCHEDULING ORDER

On June 15, 2000, the Court held a hearing in this cause. The Court instructed the parties to establish a mutually agreeable schedule regarding the Motion for Summary Judgment filed by Novopharm Holdings. The parties advised the Court that discovery for issues relating to that summary judgment can be completed by October 27, 2000; Plaintiffs' reply can be filed by November 17, 2000, and Defendants' rebuttal can be filed by November 28, 2000.

IT IS THEREFORE ORDERED that the parties complete their discovery for Novopharm Holdings' Motion for Summary Judgment by October 27, 2000; that Plaintiffs' reply to that Motion for Summary Judgment be filed by Nevember 17, 2000, and that Defendants' rebuttal be filed by November 28, 2000.

The parties further advised the Court that they will complete discovery regarding issues relating to class certification by December 15, 2000.

IT IS THEREFORE ORDERED that all discovery necessary for the parties to hold a hearing regarding class certification be completed on or before December 15, 2000.

IT IS FURTHER ORDERED that discovery relating to the merits of the case will proceed.

Done this _13_ day of _SEPT_, 2000, in Brownsville, Texas.

_____
UNITED STATES MAGISTRATE

APPROVED AS TO FORM AND SUBSTANCE:

**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520
TEL/(956) 541-4981
FAX/(956) 504-3674

By: _____
MICHAEL COWEN
State Bar #00795306
Federal I.D. No.

John Ventura
LAW OFFICES OF JOHN VENTURA, P.C.
7 North Park Plaza
Brownsville, TX   78521
TEL/(956) 546-9398
State Bar No. 20545700
Federal I.D. No.

ATTORNEYS FOR PLAINTIFF

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
    JEFFREY D. ROERIG
    State Bar #17161700
    Federal I.D. No. 1503
ATTORNEY FOR DEFENDANTS, CERTUS HEALTHCARE, L.L.C.,
DAVID RODRIGUEZ AND DR. ASHOK K. GUMBHIR


**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
TEL/(956) 542-7441
FAX/(956) 541-2170

By: _____
    Norton A. Colvin, Jr.
    State Bar # 04632100
    Federal I.D. No. 1941

John R. Wallace
Paul P. Creech
WALLACE, CREECH & SARDA, L.L.P.
P. O. Box 12085
Raleigh, NC 27605
TEL/(919) 782-9322
FAX/(919) 782-8113

ATTORNEYS FOR DEFENDANT, NOVOPHARM HOLDINGS, INC.