30

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 29 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | CIVIL ACTION NO. B-00-53 |
| vs. | § § | |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, NOVOPHARM HOLDINGS, INC. | § § § § § § | CLASS ACTION |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

Michael R. Cowen has changed firms and addresses. His new firm name and address is:

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:   (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the 29 day of ~~October~~ Sept, 2000, a true and correct copy of the above and foregoing document was sent to opposing counsel by regular ~~certified~~ mail, ~~return receipt requested.~~

Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

John R. Wallace
Wallace, Creech & Sarda
PO Box 12065
Suite 240
3605 Glenwood Ave
Raleigh, North Carolina 27612-4956

_____
Michael R. Cowen