IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated | * * * | |
| VS. | * | CIVIL ACTION NO. B-00-053 |
| | * | |
| CERTUS HEALTHCARE, L.L.C.; NOVOPHARM LIMITED; DAVID RODRIGUEZ; DR. ASHOK K. GUMBHIR; and NOVOPHARM HOLDINGS, INC. | * * * * | |

## NOTICE OF SUPPLEMENTAL FILING OF AFFIDAVIT OF DAVID RODRIGUEZ IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW NOVOPHARM HOLDINGS, INC., Defendant herein, and hereby submits the original Affidavit of David Rodriguez as supplemental evidence in support of its Motion for Summary Judgment. A copy of this Affidavit is attached as Exhibit A.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _Norton A. Colvin_
Norton A. Colvin, Jr. *w/ permission MCBristell*
State Bar No. 04632100
Federal No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Ph: (956) 542-7441
Fax: (956) 541-2170

John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12065
Raleigh, North Carolina 27605
Ph: (919) 782-9322
Fax: (919) 782-8113
ATTORNEYS FOR DEFENDANT,
NOVOPHARM HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Supplemental Filing of Affidavit of David Rodriguez in Support of Defendant's Motion for Summary Judgment was served upon all counsel of record, to-wit:

    Michael R. Cowen
    Michael R. Cowen, P.C.
    765 East 7th Street, Suite A
    Brownsville, Texas 78520
    Attorneys for Plaintiff

    John Ventura
    Anthony Carrabba
    Law Offices of John Ventura, P.C.
    7 North Park Plaza
    Brownsville, Texas 78521
    Attorneys for Plaintiff

    Jeffrey D. Roerig
    Roerig, Oliveira & Fisher, L.L.P.
    855 West Price Road, Suite 9
    Brownsville, Texas 78520
    Attorneys for Defendants Certus Healthcare, L.L.C., David Rodriguez, and Dr. Ashok K. Gumbhir

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 23th day of January, 2001.

                                              */s/ Norton A. Colvin*
                                              Norton A. Colvin, Jr.

IN THE UNITED STATED DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARM HOLDINGS, INC. | § § § § | |

## AFFIDAVIT OF DAVID RODRIGUEZ

I, David Rodriguez, being first duly sworn, hereby depose and say:

1. I am a citizen and resident of Dade County, Florida. I was previously employed with the Defendant, Certus Healthcare, L.L.C., a Defendant in this action, during the period _1995_, through _08/12/1999_, as a member of the Board of Managers and served as a member of the Board of managers of Certus.

2. I am also a Defendant in this action and have given testimony by deposition on the 19th day of October, 2000.

3. I have been provided with a copy of the Plaintiff's Response to the Motion for Summary Judgment of Novopharm Holdings, and by this affidavit wish to supplement the testimony given on October 19, 2000.

rom/motions/21842.aff

*Affidavit of David Rodriguez* - Page 1


EXHIBIT A

4. In particular, I have read the section of Plaintiff's Response entitled "Factual Background" and have observed that the Plaintiff has drawn certain incorrect inferences and has engaged in speculation with respect to the events and occurrences in issue. The Plaintiff seems to suggest by his response that the Plaintiff was injured by Certus' untimely payment of medical claims.

5. I believe that the Plaintiff fails to understand that even if Certus did at times pay its providers more than thirty days following the rendering of a statement for services, such provider was forbidden, by both the contract with Certus and by Texas law, from declining to treat Certus members.

6. Furthermore, as a matter of contract, Certus members were not entitled to see the physician of their choosing, but instead, through the Certus panel, to see qualified providers who had entered into a contractual relationship with Certus.

7. During the time period in question, the Texas Department of Insurance prescribed standards for maintenance of panels of medical providers and at all times during my employment with Certus, Certus met the requirement imposed by the Texas Department of Insurance as to both primary care physicians, specialists and hospital facilities.

8. Therefore, as a consequence, if any provider failed or refused to see a Certus member, such provider failed or refused to see such member in violation of both contract and law, but such failure did not preclude the Certus member from obtaining care from a qualified provider, because Certus maintained a sufficient panel of qualified providers in accordance with Texas law.

9. Certus, in its marketing, never represented to its members or prospective members that any particular physician or other provider would be available to provide care to Certus members, but only that Certus maintained a sufficient roster of providers to provide quality health care. Rosters

rom/motions/21842.aff

*Affidavit of David Rodriguez* - Page 2

of contracted providers were printed from time to time with a proviso on the cover page indicating that providers were constantly being added and deleted.

10. The information in this affidavit is true and correct and is given upon personal knowledge.

FURTHER AFFIANT SAITH NAUGHT.

Signed the 16TH day of January, 2001.

_____
DAVID RODRIGUEZ

SWORN TO and SUBSCRIBED before me by DAVID RODRIGUEZ on the 16 day of January, 2001.

_____
Notary Public in and for
the State of Florida

CRISTINA VARONA
MY COMMISSION # CC 845124
EXPIRES: Aug 16, 2003
Fla. Notary Service & Bonding Co.

My Commission Expires:

8-16-2003

rom/motions/21842.aff

*Affidavit of David Rodriguez* - Page 3