40

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND § | |
| ON BEHALF OF ALL OTHERS § | |
| SIMILARLY SITUATED § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-053 |
| § | |
| CERTUS HEALTHCARE, L.L.C., ET AL. § | |

TYPE OF CASE:   __X__ CIVIL         ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT NOVOPHARM HOLDINGS, INC'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 16, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 29, 2001

TO:   MR. CESAR A. AMADOR
      MR. MICHAEL COWEN
      MR. JEFFREY ROERIG
      MR. ALAN ERWIN, JR.
      MR. NORTON COLVIN, JR.
      MR. JOHN R. WALLACE