Case 1:00-cv-00053    Document 41    Filed in TXSD on 02/01/2001    Page 1 of 3

41

United States District Court
Southern District of Texas
FILED

FEB 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR and NOVOPHARM HOLDINGS, INC. <br><br> Defendants. | CIVIL ACTION NO. B-00-053 |

### DEFENDANT NOVOPHARM LIMITED'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW NOVOPHARM LIMITED, Defendant herein, and moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on all claims of the Plaintiff. In support of this Motion, Novopharm Limited adopts and incorporates by reference the Motion and Reply filed by Novopharm Holdings, Inc. in this matter and requests that this Motion be heard contemporaneously with the Motion of Novopharm Holdings, Inc.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal No. 1941
Post Office Box 2155
Brownsville, Texas 78522
Phone: (956) 542-7441
Fax:    (956) 541-2170

John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12065
Raleigh, North Carolina 27605
Phone: (919) 782-9322
Fax:   (919) 782-8113

ATTORNEYS FOR DEFENDANT
NOVOPHARM LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Novopharm Limited's Motion for Summary Judgment was served upon all counsel of record, to-wit:

> Michael R. Cowen
> Zavaletta & Cowen
> 603 East St. Charles Street
> Brownsville, Texas 78520
> Attorneys for Plaintiff
>
> John Ventura
> Anthony Carrabba
> Law Offices of John Ventura, P.C.
> 7 North Park Plaza
> Brownsville, Texas 78521
> Attorneys for Plaintiff
>
> Jeffrey D. Roerig
> Roerig, Oliveira & Fisher, L.L.P.
> 855 West Price Road, Suite 9
> Brownsville, Texas 78520
> Attorneys for Defendants Certus Healthcare, L.L.C., David Rodriguez, and Dr. Ashok K. Gumbhir

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 1st day of February, 2001.

_____
Norton A. Colvin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated | * * * | |
| VS. | * * | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C.; NOVOPHARM LIMITED; DAVID RODRIGUEZ; DR. ASHOK K. GUMBHIR; and NOVOPHARM HOLDINGS, INC. | * * * * | |

## ORDER GRANTING DEFENDANT NOVOPHARM LIMITED'S MOTION FOR SUMMARY JUDGMENT

On this day came on for consideration Defendant Novopharm Limited's Motion for Summary Judgment, and the Court, having considered the evidence and argument of counsel, is of the opinion that said Motion for Summary Judgment should be granted. It is therefore

ORDERED that Defendant Novopharm Limited's Motion for Summary Judgment be, and it is hereby, GRANTED. It is further

ORDERED that Plaintiff's claims and causes of action against Defendant Novopharm Limited be, and they are hereby, dismissed in their entirety with prejudice.

SIGNED this _____ day of _____, 2001 at Brownsville, Texas.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE