42

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C., ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL      ____ CRIMINAL

**TAKE NOTICE** that the Hearing on Defendant Novopharm Holdings, Inc.'s Motion for Summary Judgment set for February 16, 2001 at 2:00 P. M. has been **PASSED**.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: FEBRUARY 6, 2001

TO: MR. CESAR A. AMADOR
MR. MICHAEL COWEN
MR. JEFFREY ROERIG
MR. ALAN ERWIN, JR.
MR. NORTON COLVIN, JR.
MR. JOHN R. WALLACE