45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL FLORES, Individually and on Behalf of All Others Similarly Situated | § § § | |
| | § | CIV. ACTION NO. B-00-53 |
| V. | § | |
| | § | |
| CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, and NOVOPHARM HOLDINGS, INC. | § § § § § | CLASS ACTION |

## NOTICE OF VACATION

Michael R. Cowen will be either on vacation, attending a seminar, or teaching at a seminar on the following dates:

May 5, 2001 – May 23, 2001
June 9, 2001 – June 17, 2001

Please do not schedule any hearings, depositions, trials, or other proceedings on those dates.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
Michael R. Cowen
Federal ID No. 19967
State Bar No. 20545700
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 546-5567
(956) 541-2205 (Fax)

By: _/s/ Michael R. Cowen_
Michael R. Cowen, P.C.
Federal I.D. No. 19967
Texas Bar No. 00795306

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the above and foregoing document has be forwarded to:

Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

John R. Wallace
Wallace, Creech & Sarda, L.L.P.
UCB Plaza
3605 Glenwood Avenue, Suite 240
Raleigh, North Carolina 27612

on this 4th day of May 2001.

_____
Michael R. Cowen