49

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C., ET AL. | § | |

## ORDER

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the time for the proceeding in this case has been changed as follows:

TYPE OF PROCEEDING:

**CLASS CERTIFICATION HEARING**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CORRECTED DATE AND TIME: |
|---|---|
| **DECEMBER 14, 2001 AT 1:30 P.M.** | **DECEMBER 14, 2001 AT 9:00 A.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 24, 2001

TO:    MR. CESAR A. AMADOR
       MR. MICHAEL COWEN
       MR. JEFFREY ROERIG
       MR. ALAN ERWIN, JR.
       MR. NORTON COLVIN, JR.
       MR. JOHN R. WALLACE