52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 0 2 2001

| | | |
|---|---|---|
| JOEL FLORES, Individually and on Behalf of All Others Similarly Situated | § § § | |
| | § | CIV. ACTION NO. B-00-53 |
| V. | § § | |
| CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, and NOVOPHARM HOLDINGS, INC. | § § § | CLASS ACTION |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

On this day the Court considered Plaintiff's Motion for Leave to File Amended Complaint. (DOCKET NO 50)

The Court, having reviewed the materials on file, is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

SIGNED this 1st day of OCTOBER, 2001.

_____
UNITED STATES MAGISTRATE JUDGE