53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEL FLORES, Individually and On Behalf of All Others Similarly Situated | * * * | |
| VS. | * * | CIVIL ACTION NO. B-00-053 |
| CERTUS HEALTHCARE, L.L.C.; NOVOPHARM LIMITED; DAVID RODRIGUEZ; DR. ASHOK K. GUMBHIR; and NOVOPHARM HOLDINGS, INC. | * * * * | |

**AGREED ORDER RESETTING CLASS CERTIFICATION HEARING AND DEADLINES**

On this day came on for consideration Plaintiff's and Defendants' request to reset the hearing on Plaintiff's Motion for Class Certification and deadlines relating to that hearing, and the Court, having considered the evidence and argument of counsel, is of the opinion that said hearing and deadlines should be reset. It is therefore

ORDERED that the hearing on Plaintiff's Motion for Class Certification be re-set for January 16, 2002 at 2 o'clock p.m. It is further

ORDERED that Defendants' Response to Plaintiff's Motion for Class Certification is due no later than December 7, 2001, and Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Class Certification is due no later than December 21, 2001.

SIGNED this 7 day of Nov, 2001 at Brownsville, Texas.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

*AGREED ORDER RESETTING CLASS CERTIFICATION HEARING AND DEADLINES*     *PAGE 1*