*57*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEL FLORES, Individually and on Behalf of All Others Similarly Situated | § § § | |
| | § | CIV. ACTION NO. B-00-53 |
| V. | § § | |
| CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, and NOVOPHARM HOLDINGS, INC. | § § § § § | CLASS ACTION |

## ORDER GRANTING INTERVENOR
## MONICA BLOUNT'S MOTION TO INTERVENE

On the **30TH** day of **NOVEMBER**, 2001, the Court considered Monica Blount's Motion to Intervene **(DOCKET NO 56)**. Having considered the pleadings, the materials on file, and the arguments of counsel, the Court is of the opinion that Intervenor's motion is well-taken and should in all things be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Intervenor, Monica Blount's Motion to Intervene is **GRANTED**.

SIGNED this **30TH** day of **NOVEMBER**, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

xc:    Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

John R. Wallace
Wallace, Creech & Sarda, L.L.P.
UCB Plaza
3605 Glenwood Avenue, Suite 240
Raleigh, North Carolina 27612