United States District Court
Southern District of Texas
FILED

DEC 07 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARM HOLDINGS, INC. | § § § § | |

## AGREED MOTION TO REVISE BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

TO THE HONORABLE JUDGE OF SAID COURT:

All current parties to this litigation, JOEL FLORES and MONICA BLOUNT, Plaintiffs, and CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR AND NOVOPHARM HOLDINGS, INC., Defendants, move the Court to reschedule the Class Certification Hearing in this civil action to Wednesday, February 13, 2002, and to reschedule the response brief of Defendants to January 18, 2002, with any subsequent reply by the Plaintiffs to that response being due by February 8, 2002.

Agreed Motion to Revise Briefing Schedule and Hearing on
Plaintiffs' Motion for Class Certification                                                    Page 1

Respectfully Submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
  JEFFREY D. ROERIG
  State Bar # 17161700
  Federal I.D. No. 1503
ATTORNEY FOR DEFENDANTS, CERTUS HEALTHCARE, L.L.C.,
DAVID RODRIGUEZ AND DR. ASHOK K. GUMBHIR

## CERTIFICATE OF CONSULTATION

I, Jeffrey Roerig, certify that Counsel for Plaintiffs and Counsel for Defendants were contacted by phone on the 5th day of December, 2001, and consulted with regarding the merits of the above motion. They are in agreement to the granting of the Motion to Revise Briefing Schedule and Hearing on Plaintiff's Motion for Class Certification.

_____
Jeffrey D. Roerig

## CERTIFICATE OF SERVICE

I, Jeffrey Roerig, certify that a true and correct copy of the foregoing Motion has been forwarded on the 7th day of December, 2001, via First Class Mail, to the Attorneys of Record, as follows:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX  78520

Mr. John Ventura
**LAW OFFICES OF JOHN VENTURA, P.C.**
62 E. Price Road
Brownsville, TX  78521

Mr. Norton A. Colvin, Jr.
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520

Mr. John R. Wallace
**WALLACE, CREECH & SARDA, L.L.P.**
P. O. Box 12085
Raleigh, NC  27605

_____
Jeffrey D. Roerig

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| VS. | § § | C.A. NO. B-00-53 |
| CERTUS HEALTHCARE, L.L.C. NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR NOVOPHARM HOLDINGS, INC. | § § § § | |

### ORDER REGARDING AGREED MOTION TO REVISE BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

On this day the Agreed Motion of all parties to this action for a rescheduling of deadlines for the Class Certification came on before the Court.

The Court is of the opinion that the ends of justice will be served by rescheduling those deadlines.

IT IS THEREFORE ORDERED that the Class Certification Hearing in this matter be set for Wednesday, February 13, 2002, at 9:00 A.M.

IT IS FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion for Class Certification be filed by Friday, January 18, 2002. Any reply brief that the Plaintiffs wish to make shall be due by February 8, 2002.

SIGNED FOR ENTRY this ___ day of December, 2001.

_____
JUDGE PRESIDING