57

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEL FLORES, INDIVIDUALLY AND | § | |
| ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
| | § | |
| VS. | § | C.A. NO. B-00-53 |
| | § | |
| CERTUS HEALTHCARE, L.L.C. | § | |
| NOVOPHARM LIMITED, DAVID | § | |
| RODRIGUEZ, DR. ASHOK K. GUMBHIR | § | |
| NOVOPHARM HOLDINGS, INC. | § | |

## ORDER REGARDING AGREED MOTION
## TO REVISE BRIEFING SCHEDULE AND HEARING ON
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

On this day the Agreed Motion of all parties to this action for a rescheduling of deadlines for the Class Certification came on before the Court.

The Court is of the opinion that the ends of justice will be served by rescheduling those deadlines.

IT IS THEREFORE ORDERED that the Class Certification Hearing in this matter be set for Wednesday, February 13, 2002, at 9:00 A.M.

IT IS FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion for Class Certification be filed by Friday, January 18, 2002. Any reply brief that the Plaintiffs wish to make shall be due by February 8, 2002.

SIGNED FOR ENTRY this 10 day of December, 2001.

_____
JUDGE PRESIDING