IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL FLORES, Individually and on Behalf of All Others Similarly Situated § | § | |
| | § | CIV. ACTION NO. B-00-53 |
| V. | § | |
| | § | |
| CERTUS HEALTHCARE, L.L.C., NOVOPHARM LIMITED, DAVID RODRIGUEZ, DR. ASHOK K. GUMBHIR, and NOVOPHARM HOLDINGS, INC. § | § § § | CLASS ACTION |

## NOTICE OF VACATION

The Law Office of Michael R. Cowen, P.C. will be on vacation on the following dates:

**Thursday, January 3, 2002 through Tuesday, January 8, 2002**

Please do not schedule any hearings, trials, or other proceedings on those dates

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:  (956) 541-4981
Facsimile:  (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
Federal Bar # 19967

## CERTIFICATE OF SERVICE

On this ___28th___ day of December, 2001, a true and correct copy of the above Notice was sent to opposing counsel by regular mail as indicated below.

Mr. Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN, & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Jeffery D. Roerig
ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

_____
Michael R. Cowen