

THE HONORABLE JOHN WM. BLACK

CLASS CERTIFICATION HEARING

United States District Court
Southern District of Texas
FILED

FEB 1 3 2002

Michael N. Milby
Clerk of Court

| CIVIL ACTION NO. B-00-053 | DATE & TIME: 02-13-02 AT 9:00 A.M. |
|---|---|
| JOEL FLORES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFF(S)  JOHN VENTURA<br>COUNSEL  MICHAEL COWEN |
| VS. | |
| CERTUS HEALTHCARE, L.L.C., ET AL. | DEFENDANT(S)  JEFFREY ROERIG<br>COUNSEL  DAN ERWIN, JR.<br>NORTON COLVIN, JR.<br>JOHN R. WALLACE |

ERO: Linda Garcia
CSO: Ruben Salinas

Attorneys Michael Cowen, Conrad Bodden, Jeffrey Roerig, Norton Colvin, Jr., John Wallace and Joseph Newsome appeared.

Plaintiffs' attorney presented evidence as to why this case should be classified as a class action.

Defense attorneys Jeffrey Roerig and John Wallace argued as to why this case should not be classified as a class action case.

Judge has taken the case under advisement.